1  DONGXIAO YUE
   2777 ALVARADO ST., SUITE C
2  SAN LEANDRO, CA 94577
3  Telephone:    (510) 396-0012
   Facsimile:    (510) 291-2237
4  E-Mail:       ydx@netbula.com

5  *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONGXIAO YUE, | Case No. |
|---|---|
| Plaintiff, | C07-05850 |
| v. | CERTIFICATION OF INTERESTED PARTIES OR PERSONS |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; and DOES 1-1000, inclusive, | |
| Defendants. | |



ORIGINAL FILED
NOV 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

-1-

| Case No. | CERTIFICATION OF INTERESTED PARTIES |
|---|---|

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Northern District Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, forms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1)     Netbula, LLC

Dated: November 19, 2007

By: _____
       Dongxiao Yue
       *Pro Se*

-2-

Case No.                                                CERTIFICATION OF INTERESTED PARTIES