IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE, | No. C 07-05850 SI |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| STORAGE TECHNOLOGY CORPORATION, et al., | |
| Defendants. | |

Upon review, this action appears to be related to the case of *Netbula, LLC v. Storage Technology Corporation*, Case No. 06-07391 MJJ. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Martin J. Jenkins for the purpose of determining whether it is related to that case as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: December 3, 2007

SUSAN ILLSTON
United States District Judge