Case No. C07-05850-SI (N.D. Cal)

Yue v. Storage Technology Corp., et al.

**FILED**
DEC 10 2007
RICHARD W. W...
CLERK, U.S. DIST...
NORTHERN DISTRI...

### CERTIFICATE OF SERVICE

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On December 10, 2007, I served a copy of the following documents described as:

(1) FIRST AMENDED COMPLAINT (OF COURSE)

On all interested parties in said cause, by delivering a true copy as follows:

__X__   **(By Mail)**   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

Laurence F. Pulgram, Esq.
Fenwick & West, LLP, 555 California Street, Suite 1200, San Francisco, CA 94104
Attorneys for Defendants Sun Microsystems and Storage Technology Corporation

__X__   **(By E-Mail)**   By emailing the document(s) listed above in PDF format to "Laurence Pulgram" <LPulgram@Fenwick.com>

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 10, 2007, at San Leandro, California.

_/s/ Dongxiao Yue_
Dongxiao Yue