1  DONGXIAO YUE
2  2777 ALVARADO ST., SUITE C
   SAN LEANDRO, CA 94577
3  Telephone:   (510) 396-0012
   Facsimile:   (510) 291-2237
4  E-Mail:      ydx@netbula.com

5  *Pro Se*

FILED
JAN -2 PM 3: 02

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONGXIAO YUE, | Case No. C07-05850-SI |
|---|---|
| Plaintiff, | **RETURN OF SERVICE OF FIRST AMENDED COMPLAINT AND AMENDED SUMMONS ON** |
| v. | |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; Michael Melnick, an individual; Julie DeCecco, an individual; Michael P. Abramovitz, an individual; Lisa K. Rady, an individual; Jonathan Schwartz, an individual; and DOES 1-1000, inclusive, | **JONATHAN SCHWARTZ** |
| Defendants. | |

**ATTACHED**

1) AMENDED SUMMONS

2) RETURN OF SERVICE ON JONATHAN SCHWARTZ

-1-

Case No. C07-05850-SI                                              RETURN OF SERVICE

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

DONGXIAO YUE

*AMENDED*
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-05850-SI

V.

STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation, et al.

TO: (Name and address of defendant)

Jonathan Schwartz; Michael Melnick; Julie DeCecco; Michael P. Abramovitz; Lisa K. Rady,
Sun Microsystems, Inc.
4150 Network Circle
Santa Clara, CA 95054

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 10 DEC 2007

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | December 13, 2007 |

| Name of SERVER | | TITLE |
|---|---|---|
| RINA BURRELL | | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: AT FRONT DESK
MELANIE DELANEY

☐ Returned unexecuted:

☑ Other (specify): CERTIFIED MAIL
Served Amended Complaint and Summons on Jonathan Schwartz by handing the papers to his assistant Melanie DeLaney in his office at 4150 Network Circle, Santa Clara, CA 95054

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 80 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/13/2007
Date

Signature of Server

Address of Server  2832 BUENA VISTA WAY
BERKELEY CA 94708

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure