1  DONGXIAO YUE
   2777 ALVARADO ST., SUITE C
2  SAN LEANDRO, CA 94577
   Telephone:  (510) 396-0012
3  Facsimile:  (510) 291-2237
4  E-Mail:     ydx@netbula.com

5  *Pro Se*

FILED
08 JAN -2 PM 3:02
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONGXIAO YUE, | Case No. C07-05850-SI |
|---|---|
| Plaintiff, | **Motion for Entry of Default Judgment Against Storage Technology Corporation and Sun Microsystems, Inc.** |
| v. | |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; Michael Melnick, an individual; Julie DeCecco, an individual; Michael P. Abramovitz, an individual; Lisa K. Rady, an individual; Jonathan Schwartz, an individual; and DOES 1-1000, inclusive, | |
| Defendants. | |

Plaintiff, Dongxiao Yue, hereby requests the Court for entry of a default judgment as to defendants Storage Technology Corporation and Sun Microsystems, Inc. upon the First Amended Complaint ("FAC") field and served on the defendants, in accordance with Federal Rule of Civil Procedure 55 (b)(2). As shown by the declaration of Dongxiao Yue attached below, defendants

-1-

Case No. C07-05850-SI                                        MOTION FOR ENTRY OF DEFAULT

Storage Technology Corporation and Sun Microsystems, Inc. have failed to plead or otherwise defend within the prescribed time required by the Federal Rules or a valid court order.

**PRAYER**

WHEREFORE, Plaintiff prays that this Court enter a judgment of default against defendants Storage Technology Corporation and Sun Microsystems, Inc. on liability and grant the relief sought in the First Amended Complaint, including awarding Plaintiff damages based on court ordered accounting of defendants' copying of Plaintiff's software and defendants' profits, as well as injunctive relief and copyright impoundment.

Dated:   January 2, 2008

By:  _____
     Dongxiao Yue
     *Pro Se*

**DECLARATION OF DONGXIAO YUE IN SUPPORT OF ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 55 (a), I, Dongxiao Yue, *pro se* Plaintiff, make the following declaration in support of the above motion for an entry of default against defendants Storage Technology Corporation and Sun Microsystems, Inc. in the above captioned case.

1. On November 19, 2007, I, acting *pro se*, filed the instant action against Storage Technology Corporation and Sun Microsystems, Inc., for compensatory damages, disgorgement of profits, injunctive relief and attorneys' fees and costs for: direct, contributory, and vicarious copyright infringement under 17 U.S.C. Section 101 *et seq.*

2. The case was assigned to U.S. District Judge Susan Illston, with case number C07-05850-SI.

-2-

Case No. C07-05850-SI                                                                           MOTION FOR ENTRY OF DEFAULT

3. On November 30, 2007, defendants Storage Technology Corporation and Sun Microsystems, Inc. were served the complaint and summons.

4. On December 7, 2007, I filed the proof of service with the court. See Docket Nos. 7 and 8. The due date for defendants to file answer was December 20, 2007.

5. On December 10, 2007, I filed the First Amended Complaint ("FAC"), and served the FAC on Mr. Laurence Pulgram, defense counsel for defendants Storage Technology Corporation and Sun Microsystems, Inc. by email and mail the same day. In my email to Mr. Pulgram, I wrote:

> Please receive the attached amended complaint (of course).
> Under FRCP 15(a)(3), defendants have 10 days from today to respond.

6. The clerk of the court promptly entered the FAC into court's electronic filing system on December 10, 2007.

7. As of January 2, 2008, the instant case is presided over by Judge Illston with case number C07-05850-SI. Defendants Storage Technology Corporation and Sun Microsystems, Inc. are represented by Mr. Laurence Pulgram only.

8. As of January 2, 2008, I have received no responsive pleadings or other responses to the FAC from defendant corporations' sole counsel of record, Mr. Pulgram.

9. From December 10, 2007 to January 2, 2008, more than twenty days had elapsed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 2, 2008

By: _____
Dongxiao Yue
*Pro Se*

-3-

Case No. C07-05850-SI                                                    MOTION FOR ENTRY OF DEFAULT