1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   jwakefield@fenwick.com
3  ALBERT L. SIEBER (CSB NO. 233482)
   asieber@fenwick.com
4  LIWEN A. MAH (CSB NO. 239033)
   lmah@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 875-2300
7  Facsimile:      (415) 281-1350

8  Attorneys for Defendant
   Sun Microsystems, Inc.

10                           UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN FRANCISCO DIVISION

14  DONGXIAO YUE,                                 Case No.  C-07-05850 MJJ

15           Plaintiff,

16  v.                                            **OPPOSITION TO MOTION FOR ENTRY OF DEFAULT JUDGMENT**

17  STORAGE TECHNOLOGY
    CORPORATION,  a Delaware corporation;
18  SUN MICROSYSTEMS, a Delaware
    corporation; MICHAEL MELNICK, an
19  individual; JULIE DeCECCO, an
    individual; MICHAEL P. ABRAMOVITZ,
20  an individual; LISA K. RADY, an
    individual; and JONATHAN
21  SCHWARTZ, an individual,

22           Defendants.

## INTRODUCTION

Defendant Sun Microsystems, Inc. ("Sun") hereby submits this Opposition to the "Motion for Entry of Default Judgment Against Storage Technology Corporation and Sun Microsystems, Inc" filed by Plaintiff Dongxiao Yue on or about January 2, 2008. This Opposition is made on the grounds that on December 14, 2007, the Court, the Honorable Judge Jenkins presiding, related this action to an earlier-filed action assigned to Judge Jenkins, and ruled that no responsive pleading would be due until a date to be set at a status conference on January 9, 2008. The Court expressly admonished Plaintiff that no default was to be sought. Accordingly, Defendants' responsive pleading in this Action is not yet due, and Plaintiff's Motion must be denied.

## ARGUMENT

This action involves claims of alleged copyright infringement arising out use by Storage Technology Corporation ("StorageTek")[1] of software licensed to it by Netbula LLC, a company owned by Plaintiff Dongxiao Yue. On December 4, 2007, in the case of *Netbula v. Storage Technology Corp., et al.*, Case No. C-06-07391-MJJ (the "*Netbula* case"), Sun filed an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Civil Local Rule 3-12. On December 14, 2007, following a hearing on Defendants' motion for summary judgment in the *Netbula* case, Judge Jenkins related the cases, stating "it strikes me they are related, and I will relate them."

At the same hearing, counsel raised the issue of the responsive pleading deadline in the *Yue* case, pointing out that the response will be significantly affected by the outcome of Defendants' summary judgment motion in the *Netbula* case. The Court agreed, stating "why should they file a responsive pleading that would then have to be redone or amended, depending upon what I do with the issue that is before me now?" The Court suggested that the parties agree to a schedule. When Dr. Yue refused to stipulate to any extension, the Court ordered that no response would be due until such time as the Court set a date at the upcoming conference. The Court stated directly to Dr. Yue that no response was due, and that no default was to be sought.

---

[1] Effective on or about January 1, 2007, StorageTek was merged into Sun.

OPPOSITION TO MOTION FOR DEFAULT            2            C07-05850 MJJ

In view of the Court's ruling of December 14, 2007, no responsive pleading has come due in this action, and Plaintiff's Motion for Entry of Default Judgment must be denied.

Dated: January 4, 2008     Respectfully,

FENWICK & WEST LLP

By: /S/ JEDEDIAH WAKEFIELD
    Jedediah Wakefield

Attorneys for Defendant
SUN MICROSYSTEMS, INC.