LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendant Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>    Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DeCECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; and JONATHAN SCHWARTZ, an individual,<br><br>    Defendants. | Case No.  C-07-05850 MJJ<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS**<br><br>Date:   February 12, 2008<br>Time:   9:30 A.M.<br>Dept.:  Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |

On February 12, 2008 at 9:30 a.m., the Court heard Defendant Sun Microsystems' Inc.'s Motion for Sanctions. Plaintiff Dongxiao Yue opposed the Motion. Sun Microsystems, Inc. appeared through counsel, and Plaintiff appeared *pro se*.

The matter having been submitted, and after considering the Motion, all papers filed in support thereof and in opposition thereto, and the parties' arguments,  IT IS HEREBY ORDERED THAT:

[PROPOSED] ORDER GRANTING
MOTION FOR SANCTIONS                                                                                         C-07-05850 MJJ

1   Pursuant to 28 U.S.C. § 1927, and the Court's inherent authority, Plaintiff is ordered to
2   pay sanctions to Defendant Sun Microsystems, Inc. on or before February 28, 2008 by having
3   delivered to the offices of Defendants' counsel of record a certified check in the amount of
4   $_____.
5   **IT IS SO ORDERED**.

7   Dated: _____          _____
8                                            The Honorable Martin J. Jenkins
                                             United States District Court Judge

11  25689/00405/LIT/1278462.1