| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB NO. 115163) |
|   | *lpulgram@fenwick.com* |
| 2 | JEDEDIAH WAKEFIELD (CSB NO. 178058) |
|   | *jwakefield@fenwick.com* |
| 3 | ALBERT L. SIEBER (CSB NO. 233482) |
|   | *asieber@fenwick.com* |
| 4 | LIWEN A. MAH (CSB NO. 239033) |
|   | *lmah@fenwick.com* |
| 5 | FENWICK & WEST LLP |
|   | 555 California Street, Suite 1200 |
| 6 | San Francisco, CA 94104 |
|   | Telephone: (415) 875-2300 |
| 7 | Facsimile:  (415) 281-1350 |

Attorneys for
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION
and DARDEN RESTAURANTS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company, | Case No. C-06-07391-MJJ |
| Plaintiff, | [~~PROPOSED~~] ORDER RELATING CASES |
| v. | Judge:   The Honorable Martin J. Jenkins |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Before this Court is an administrative Motion of Defendants Sun Microsystems, Inc. ("Sun"), EMC Corporation, and Darden Restaurants (collectively, "Defendants") to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

**C-06-07391-MJJ**        **Netbula, LLC v. Storage Technology Corporation et al.**

**C07-05850-SI**            **Dongxiao Yue v. Storage Technology Corporation et al.**

**I find that the above case is related to the case assigned to me.** __MJJ__

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCIVP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions in any reassigned case are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: December 14, 2007

By: _/s/ Martin J. Jenkins_
Honorable Martin J. Jenkins

25689/00400/LIT/1277103.1