IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DONGXIAO YUE,**

        Plaintiff(s),

  v.

**STORAGE TECHNOLOGY CORPORATION**, et al.

        Defendant(s),

No. **C07-05850 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Status Conference** for **Tuesday, January 22, 2008 at 11:00 a.m.** before the Honorable Martin J. Jenkins. The parties are instructed to file a **Joint** Status Conference Statement, pursuant to Civil L.R. 16-9, 3 calendar days prior to the Status Conference.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: January 10, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Monica Narcisse_ (signature)
    Monica Narcisse
    Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONGXIAO YUE,

        Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION
et al,

        Defendant.

Case Number: CV07-05850 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dongxiao Yue
2777 Alvarado Street, Suite C
San Leandro, CA 94577

Dated: January 10, 2008

                                               Richard W. Wieking, Clerk

                                               *Monica Tutson*

                                               By: Monica Tutson, Deputy Clerk