LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94111
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
SUN MICROSYSTEMS, INC.

**[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>          Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; Michael Melnick, an individual; Julie DeCecco, an individual; Michael P. Abramowitz, an individual; Lisa K. Rady, an individual; Jonathan Schwartz, an individual; and DOES 1-1000, inclusive,<br><br>          Defendants. | Case No.  C-07-05850-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR JANUARY 22, 2008** |

/ / /

/ / /

/ / /

STIPULATION AND ORDER CONTINUING CMC                                                               C-07-05850-MJJ

1   WHEREAS, a Case Management Conference in the above-captioned action was set for
2   January 22, 2008 to occur concurrently with a status conference in the related case of *Netbula,*
3   *LLC v. Storage Technology Corp.*, Case No. 06-07391-MJJ (the "06 Action");

4   WHEREAS, a Joint Case Management Conference Statement is due at least three calendar
5   days before this Case Management Conference;

6   WHEREAS on January 18, 2008, the Court issued an Order continuing the statues
7   conference in the '06 Action to February 12, 2008, the same date as the hearing date on the
8   Motion for Sanctions in this action;

9   WHEREAS, the parties in this action believe that the interests of judicial economy are
10  better served by postponing the Case Management Conference in this action to have it conducted
11  at the same date and time as in the 06 Action;

12  IT IS THEREFORE STIPULATED AND AGREED by the parties, subject to the Court's
13  approval, that the Case Management Conference in this action, currently set for January 22, 2008,
14  shall be taken off calendar, and reset for February 12, 2008 at 2:00 p.m..

Dated: January 18, 2008

FENWICK & WEST LLP

By:      /S/  JEDEDIAH WAKEFIELD
              Jedediah Wakefield

Attorneys for Defendant
SUN MICROSYSTEMS, INC.

Dated: January 18, 2008          By:      /S/  DONGXIAO YUE
                                              Dongxiao Yue

STIPULATION AND ORDER CONTINUING CMC        2        C-07-05850-MJJ

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled for January 22, 2008, shall be taken off of the calendar and rescheduled for February 12, 2008 at 2:00 p.m. The parties shall submit a Joint Case Management Conference Statement at least seven days before the Conference.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

## ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

/S/ JEDEDIAH WAKEFIELD
Jedediah Wakefield