LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94111
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
SUN MICROSYSTEMS, INC.

**[ADDITIONAL PARTY APPEARS ON
SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | |
|---|---|
| DONGXIAO YUE,<br><br>        Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; Michael Melnick, an individual; Julie DeCecco, an individual; Michael P. Abramowitz, an individual; Lisa K. Rady, an individual; Jonathan Schwartz, an individual; and DOES 1-1000, inclusive,<br><br>        Defendants. | Case No.  C-07-05850-MJJ<br><br>**STIPULATION AND [▬▬▬▬▬] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR JANUARY 22, 2008** |

/ / /

/ / /

/ / /

STIPULATION AND ORDER CONTINUING
CMC

C-07-05850-MJJ

WHEREAS, a Case Management Conference in the above-captioned action was set for January 22, 2008 to occur concurrently with a status conference in the related case of *Netbula, LLC v. Storage Technology Corp.*, Case No. 06-07391-MJJ (the "06 Action");

WHEREAS, a Joint Case Management Conference Statement is due at least three calendar days before this Case Management Conference;

WHEREAS on January 18, 2008, the Court issued an Order continuing the statues conference in the '06 Action to February 12, 2008, the same date as the hearing date on the Motion for Sanctions in this action;

WHEREAS, the parties in this action believe that the interests of judicial economy are better served by postponing the Case Management Conference in this action to have it conducted at the same date and time as in the 06 Action;

IT IS THEREFORE STIPULATED AND AGREED by the parties, subject to the Court's approval, that the Case Management Conference in this action, currently set for January 22, 2008, shall be taken off calendar, and reset for February 12, 2008 at 2:00 p.m..

Dated: January 18, 2008

FENWICK & WEST LLP

By:＿＿＿＿＿/S/  JEDEDIAH WAKEFIELD＿＿＿＿
Jedediah Wakefield

Attorneys for Defendant
SUN MICROSYSTEMS, INC.

Dated: January 18, 2008

By:＿＿＿＿＿/S/  DONGXIAO YUE＿＿＿＿＿＿
Dongxiao Yue

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

**[PROPOSED] ORDER**

2        PURSUANT TO STIPULATION, the Case Management Conference currently scheduled

3  for January 22, 2008, shall be taken off of the calendar and rescheduled for February 12, 2008 at

4  2:00 p.m.  The parties shall submit a Joint Case Management Conference Statement at least seven

5  days before the Conference.

6

7        IT IS SO ORDERED.

8

9  DATED:  1/24/2008  _____

    _____
10                                                THE HONORABLE MARTIN J. JENKINS
                                                  UNITED STATES DISTRICT JUDGE
11

12                        **ATTORNEY ATTESTATION**

13        Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this

14  document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within

15  this e-filed document.

16

17                                __/S/ JEDEDIAH WAKEFIELD__
                                       Jedediah Wakefield
18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW