1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 875-2300
7  Facsimile:     (415) 281-1350

8  Attorneys for Defendant
   Sun Microsystems, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE, | Case No.  C-07-05850 MJJ |
| Plaintiff, | |
| v. | **REPLY DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF MOTION FOR SANCTIONS** |
| STORAGE TECHNOLOGY CORPORATION,  a Delaware corporation; SUN MICROSYSTEMS, a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DeCECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; and JONATHAN SCHWARTZ, an individual, | Date:   February 12, 2008<br>Time:   9:30 A.M.<br>Dept.:  Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |
| Defendants. | |

I, Jedediah Wakefield, declare as follows:

1.    I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for defendant Sun Microsystems, Inc.  I have personal knowledge of the facts set forth in this declaration, and if called to testify I could and would testify competently to the same.

REPLY DECLARATION OF JEDEDIAH
WAKEFIELD IN SUPPORT OF MOTION                                                                                           C07-05850 MJJ
FOR SANCTIONS

1  2.  I was present at all times during the hearing held in the courtroom of the Honorable Martin J. Jenkins on December 14, 2007, as were my colleagues Laurence F. Pulgram and Albert L. Sieber.  Dongxiao Yue, the plaintiff in this action, and Vonnah M. Brillet, counsel for Netbula, LLC in the related case of *Netbula, LLC v. Storage Technology Corp.*, 06-07391-MJJ (N.D. Cal.), were also present.  When the issue of when a responsive pleading would be due in this action, Judge Jenkins initially asked the parties to "stipulate that time required for responsive pleading is extended to at least the status conference."  In the courtroom, but with Judge Jenkins not present, Dr. Yue refused to any such stipulation.  Judge Jenkins subsequently returned to the courtroom, and when advised that Dr. Yue had refused to stipulate to any extension of time, he stated that he was *ordering* that no responsive pleading would be due until such time as the Court set a date at the upcoming conference, and that no default would be entered.

3.  As set forth in my original declaration in support of Sun's Motion for Sanctions, Fenwick is a firm of over 250 attorneys which specializes in providing legal services for technology companies.  The firm's Litigation Group has extensive experience and expertise in handling disputes for technology companies in the areas of copyrights, patents, trade secrets, trademarks, securities, antitrust, employment, tax, and complex commercial litigation.  The hourly rates charged by Fenwick are set so as to be comparable to and competitive with rates generally charged by other full service Silicon Valley law firms for attorneys of similar experience.

4.  In addition to the fees described in my earlier declaration, Sun has now incurred additional fees for legal work performed by Fenwick & West, LLP in connection with Dr. Yue's Motion for Entry of Default Judgment in excess of an additional $4,500.  This amount includes time spent reviewing Dr. Yue's Reply in Support of  Motion for Default Judgment and drafting Sun's Reply in Support of Motion for Sanctions, this Supporting Declaration, and other documents in support thereof.  In particular, the work described above took 3.6 hours of my time at my current billing rate of $605 per hour, and 5.9 hours of my colleague Albert L. Sieber's time at $410 per hour.  The fees incurred are summarized as follows:

REPLY DECLARATION OF JEDEDIAH
WAKEFIELD IN SUPPORT OF MOTION                    2                                      C07-05850 MJJ
FOR SANCTIONS

| Attorneys | Billing Rate | Hours Billed | Amount Billed or To Be Billed |
|---|---|---|---|
| Jedediah Wakefield (Opposition to Motion for Default; Motion for Sanctions) | $605 | 4.5 | $2,722.50 |
| Albert L. Sieber (Opposition to Motion for Default; Motion for Sanctions) | $410 | 1.0 | $410 |
| Jedediah Wakefield (Reply in Support of Sanctions) | $605 | 3.6 | $2,178 |
| Albert L. Sieber (Reply in Support of Sanctions) | $410 | 5.9 | $2,419 |
| **Total Fees** | | | **Total: $7,729.50** |

This does not include time spent preparing for, traveling to, or attending the hearing on this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco on January 25, 2008.

                                                   /s/ JEDEDIAH WAKEFIELD
                                                        Jedediah Wakefield

Attorneys for Defendant
SUN MICROSYSTEMS, INC

25689/00405/LIT/1279490.1