**RIVKIN LEGAL GROUP**
ELENA RIVKIN, ESQ. (SBN: 247387)
586 North First Street, Ste. 116
San Jose, CA 95112
Telephone: (408) 568-6950
Facsimile: (408) 516-8058

Attorneys for Plaintiff, DONGXIAO YUE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STORAGE TECHNOLOGY CORPORATION, ET AL.,<br><br>Defendants. | CASE NO. 07-CV-05850-MJJ<br><br>**SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

TO:  COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD

**Plaintiff Dongxiao Yue** substitutes Elena Rivkin of the Rivkin Legal Group at 586 North First Street, Ste. 116 San Jose, CA 95112, Telephone: (408) 568-6950, as counsel in place of Dongxiao Yue, in Propria Persona, at 2777 Alvarado Str, Suite C, San Leandro, CA 94577. Each undersigned consents to the above substitution.

//

RIVKIN LEGAL GROUP
586 North 1st St.,
Ste 116
San Jose, CA 95112

*STIPULATION FOR SUBSTITUTION OF ATTORNEY AND ORDER THEREON*   *CASE NO. 07-CV-05850-MJJ*

1 DATED: January 23, 2008

RIVKIN LEGAL GROUP

2

3 I hereby consent to the substitution

4 By: _____
ELENA RIVKIN
Attorneys for Plaintiff DONGXAIO YUE
5 (New Legal Representative)

6 DATED: January 23, 2008

7

8 I hereby consent to the substitution

9 By: _____
DONGXAIO YUE
10 (Pro Se)

### SUBSTITUION OF ATTORNEY ORDER

The foregoing substitution of attorney is hereby adopted by the court. The New Legal Representative is now Attorney of Record for Plaintiff DONGXIAO YUE.

Dated: January __, 2008

_____
The Honorable Martin J. Jenkins
United States District Judge
Northern District of California

RIVKIN LEGAL GROUP
586 North 1st St.,
Ste 116
San Jose, CA 95112

STIPULATION FOR SUBSTITUTION OF ATTORNEY AND ORDER THEREON

CASE NO. 07-CV-05850-MJJ