LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94111
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Defendants STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., MICHAEL MELNICK, JULIE DECECCO, MICHAEL P. ABRAMOVITZ, LISA K. RADY,  and JONATHAN SCHWARTZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>    Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P.ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>    Defendants. | Case No.  C-07-05850-MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

[PROPOSED] ORDER RE MOTION TO
DISMISS COMPLAINT (C-07-05850-MJJ)

On March 4, 2008, at 9:30 a.m., the Court heard the motion of Defendants Storage Technology Corporation, Sun Microsystems, Inc., Michael Melnick, Julie DeCecco, Michael P. Abramovitz, Lisa K. Rady, and Jonathan Schwartz to dismiss the First Amended Complaint in this action. All parties appeared by and through their respective counsel. The matter having been submitted and after considering the Motion, all papers filed in support and in opposition thereof, arguments of counsel, and all other matters on file in this action and the related cases of *Netbula, LLC v. Storage Technology Corp.*, Case No. C-06-07391-MJJ (N.D. Cal.) and *Netbula, LLC v. BindView Development Corp.*, Case No. 06-0711-MJJ-WDB (N.D. Cal.), presented to the Court,

IT IS HEREBY ORDERED THAT:

    IT IS HEREBY ORDERED that the Motion is GRANTED in its entirety;

    IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: _____, 2008

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER RE MOTION TO
DISMISS COMPLAINT (C-07-05850-MJJ)           -1-