IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**                    Courtroom Clerk: **Monica Narcisse**

DATE: **February 12, 2008**     [**2:36 - 2:55pm**]           Court reporter: **Not reported**

Case Number:     **C06-07391 MJJ / C07-05850 MJJ**

Case Name:       **NETBULA, LLC**     v.     **STORAGE TECHNOLOGY CORP.**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Dongxiao Yue, Not Present | Jed Wakefield |
| Elena Rivkin | Lawrence Pulgram |
| | David Eiseman |

TYPE OF HEARING:      Status Conference

MOTIONS PROCEEDINGS:                              RULING:
1.

PROCEEDINGS / ORDERED AFTER HEARING:
• **Court shall hear Motion to Dismiss on 3/4/2008.**
• **Court shall review and decide on Notice of Related 08' Case.**
• **Plaintiff anticipates filing an amended complaint.**
• **Defendant, IBM dismissed.**
• **Matter referred to ADR for the Mediation program.**
• **Plaintiff shall tender 3 names of mediators to defendants by 2/22/2008.**
• **Parties shall provide the Court with the name of the selected mediator by 2/29/2008.**

ORDER TO BE PREPARED BY:     Plntf ()   Deft ()   Joint ()   Court ()

Referred to Magistrate Judge     For:   **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:            for

Pre-Trial Conference Date :            at 3:30 p.m.

Trial Date:    at 8:30 a.m.       Set for  days
               Type of Trial:  ()Jury     ( )Court

cc:    **ADR**