1 | **RIVKIN LEGAL GROUP**
ELENA RIVKIN, ESQ. (SBN: 247387)
2 | 586 North First Street, Ste. 116
San Jose, CA 95112
3 | Telephone: (408) 568-6950
Facsimile: (408) 516-8058
4 | Email: elena@rivkinlegalgroup.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONGXIAO YUE, | Case No. C07-05850-MJJ |
|---|---|
| Plaintiff, | **NOTICE FOR SUBSTITUTION OF ATTORNEY** |
| v. | AND |
| STORAGE TECHNOLOGY CORPORATION, et al., | [PROPOSED] ORDER |
| Defendants. | |

    Plaintiff Dongxiao Yue, an individual, with address at 2777 ALVARADO ST., SUITE C, SAN LEANDRO, CA 94577, Telephone: (510) 396-0012, Facsimile: (510) 291-2237, E-Mail: ydx@netbula.com, substitutes himself, *In propria persona*, in place of Elena Rivkin, RIVKIN LEGAL GROUP, 586 North First Street, Ste. 116, San Jose, CA 95112, Telephone: (408) 568-6950, Facsimile: (408) 516-8058. Dongxiao Yue shall appear *pro se*. All future correspondence, pleadings, other documents and other communications should be directed to Dongxiao Yue at the address given above.

-1-

Case No. C07-05850-MJJ      SUBSTITUTION OF ATTORNEY

Each of the undersigned consents to this substitution:

Dated: February 15, 2008

By: _____

Dongxiao Yue

New Legal Representative ( Pro Se)

Dated: February 15, 2008

By: _____

Elena Rivkin
**RIVKIN LEGAL GROUP**
Former Legal Representative

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge

---

Case No. C07-05850-MJJ                              -2-                              SUBSTITUTION OF ATTORNEY