1 | ELENA RIVKIN (CSB NO. 247387)
2 | RIVKIN LEGAL GROUP
   | 586 North First Street, Suite 116
3 | San Jose, California 95112
   | Telephone: (408) 568-6950
4 | Facsimile: (408) 516-8058

5 | Attorney for Plaintiff
   | DONGXIAO YUE
6 |
7 |
8 |                  UNITED STATES DISTRICT COURT
9 |                 NORTHERN DISTRICT OF CALIFORNIA
10|                      SAN FRANCISCO DIVISION
11|
12| DONGXIAO YUE, an individual       )  CASE NO. C-07-05850-MJJ
   |                                  )
13|         Plaintiff,                )
   |                                  )  [PROPOSED] ORDER GRANTING
14|    vs.                            )  SUBSTITUTION OF COUNSEL
   |                                  )
15| STORAGE TECHNOLOGY CORPORATION,   )
   | a Delaware Corporation; SUN      )
16| MICROSYSTEMS, INC., a Delaware    )
   | Corporation; MICHAEL MELNICK, an )
17| individual; JULIE DECECCO, an individual; )
   | and MICHAEL ABRAMOVITZ; an individual; )
18| LISA K. RADY, an individual; JONATHAN )
   | SCHWARTZ, an Individual; and DOES 1 )
19| through 1000, inclusive,          )
   |                                  )
20|         Defendants.               )
   |                                  )
21| _____)

[PROPOSED] ORDER GRANTING SUBSTITUTION                    CASE NO. C-07-05850-MJJ

Based upon the Substitution of Counsel, this Court hereby GRANTS Dongxiao Yue as new counsel of record, *in propria persona*, and allows Elena Rivkin of Rivkin Legal Group to withdraw as counsel of record.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Martin J. Jenkins
United States District Court Judge

[PROPOSED] ORDER GRANTING SUBSTITUTION		CASE NO. C-07-05850-MJJ
OF COUNSEL