IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DONGXIAO YUE,**

        Plaintiff(s),

v.

**STORAGE TECHNOLOGY CORPORATION,**

        Defendant(s),

No. **C07-05850 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the **Defendant's Motion to Dismiss** hearing scheduled for **Tuesday, March 4, 2008,** before the Honorable Martin J. Jenkins is hereby **vacated.** Oral argument is not required. An order will be issued by the Court soon.

Dated: March 3, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ M. Narcisse

Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.