IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONGXIAO YUE,                                              No. CV 07-05850 MJJ ,

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

  v.

STORAGE TECHNOLOGY CORPORATION,

       Defendant.
_____/

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendants' Motion To Dismiss is **GRANTED.**

Dated:    3/4/2008                                    Richard W. Wieking, Clerk
                                                      By: *MNarcisse*
                                                      Monica Narcisse,  Deputy Clerk