LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Named Defendants
SUN MICROSYSTEMS, INC.,
MICHAEL MELNICK, JULIE DECECCO,
MICHAEL P. ABRAMOVITZ,
LISA K. RADY, and JONATHAN SCHWARTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>　　　　　Defendant. | Case No.  C-07-05850-MJJ<br><br>**DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　　　April 22, 2008<br>Time:　　　9:30 a.m.<br>Dept:　　　TBD<br>Judge:　　　TBD |

I, Jedediah Wakefield, declare as follows:

　　　1.　　I am an attorney admitted to practice before this Court, and I am a partner at the

law firm of Fenwick & West LLP ("Fenwick"), counsel for named Defendants Sun

Microsystems, Inc., Storage Technology Corporation, Michael Melnick, Julie DeCecco, Michael

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    P. Abramovitz, Lisa K. Rady, and Jonathan Schwartz. I have personal knowledge of the facts set

2    forth in this declaration, and if called to testify I could and would testify competently to the same.

3        2.        Attached hereto as Exhibit A is a true and correct copy of an e-mail exchange

4    between Plaintiff Dongxiao Yue ("Plaintiff") and my colleague, Laurence F. Pulgram. Among

5    others, I was also included on both Plaintiff's original e-mail and Mr. Pulgram's response, as was

6    Vonnah M. Brillet, counsel for Netbula, LLC in the related case of *Netbula, LLC v. Storage*

7    *Technology Corporation, Sun Microsystems, Inc., et al.*, Case Number C-06-07391-MJJ (N.D.

8    Cal.) ("*STK I*"). This e-mail exchanged was also filed with the Court on December 5, 2007, as

9    part of Exhibit B to the Declaration of Dongxiao Yue in Support of Plaintiff's Motion to

10    Substitute Party as to the Copyright Claim in the *STK I* case. *See STK I* Docket No. 99.

11        3.        Attached hereto as Exhibit B are true and correct copies of excerpts from the

12    October 23, 2007 deposition of Sun's Rule 30(b)(6) witness, Michael Abramovitz, in the *STK I*

13    case, in which he testifies regarding the removal of the licensed Netbula software from

14    StorageTek's products in late 2005. As indicated on Page 3 of the document, Plaintiff was

15    present at this deposition. The transcript of Mr. Abramovitz's deposition was filed in its entirety

16    as part of Plaintiff's declaration in support of Netbula's Opposition to Defendants' Motion for

17    Summary Judgment in *STK I. See Netbula-Sun* Docket No. 107 Ex. 44.

18        4.        Fenwick is a firm of over 250 attorneys which specializes in providing legal

19    services for technology companies. The firm's Litigation Group has extensive experience and

20    expertise in handling disputes for technology companies in the areas of copyrights, patents, trade

21    secrets, trademarks, securities, antitrust, employment, tax, and complex commercial litigation.

22    The hourly rates charged by Fenwick are set so as to be comparable to and competitive with rates

23    generally charged by other full service San Francisco Bay Area law firms for attorneys of similar

24    experience.

25        5.        Defendants have incurred fees and costs well in excess of $92,000 in this case. *Id.*

26    This includes fees for time spent (1) reviewing and analyzing the original Complaint and First

27    Amended Complaint filed in this action and assessing potential defenses, (2) participating in case

28    management activities, including preparation of a case management statement, and attending the

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

case management conference, (3) communications with clients, Mr. Yue, and opposing counsel; (4) assessing issues pertaining to service of process on the individual defendants under Colorado and California law, (5) reviewing and responding to Plaintiff's Motion for Entry of Default Judgment; (6) researching, analyzing and drafting Defendants' Motion to Dismiss; (7) reviewing Plaintiff's Opposition to Defendants' Motion to Dismiss and researching and preparing a Reply; (8) reviewing Plaintiff's Motion to Strike and researching and preparing a response; and (9) preparation of the instant motion. This sum does *not* include time spent preparing Defendants' Motion for Sanctions or their Reply in support of that motion. It also does not include fees that, while reasonably incurred in Sun's defense, were not necessary to comply with Court imposed deadlines, respond to the Complaint, and obtain the dismissal and judgment.

6.      Attached hereto as <u>Exhibit C</u> is a spreadsheet containing detailed billing records substantiating the above summary. The spreadsheet shows the attorney or paralegal performing the work, the time spent and applicable billing rate, the time billed and resulting fees charged. It also shows expenses incurred. These records have been redacted to exclude entries for which Defendants are not seeking fees or costs in this Motion. It has also been redacted to protect the confidential attorney-client communications.

7.      I expect that Defendants will incur significant additional fees in reviewing Plaintiff's Opposition to this Motion, preparing a Reply, and preparing for and attending a hearing on this Motion. Defendants expect to submit a further declaration detailing these further fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco on March 18, 2008.

/s/  JEDEDIAH WAKEFIELD
Jedediah Wakefield

25689/00405/LIT/1282093.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT A

**From:**          Laurence Pulgram
**Sent:**          Monday, October 29, 2007 4:35 PM
**To:**            'ydx@netbula.com'
**Cc:**            brilletlaw@yahoo.com; Jedediah Wakefield; Albert Sieber; Liwen Mah;
                   yuedongxiao@gmail.com; davideiseman@quinnemanuel.com
**Subject:**       RE: Netbula's motion for substitution of party as to the copyright claim

Dear Mr. Yue,

I am responding to you individually, and copying Netbula's counsel, because I understand
that you are threatening to file a new action in your individual capacity, in which you
are, and intend to remain, unrepresented by counsel.  If I am incorrect in these
assumptions, I request that you and/or Ms. Brillet advise me.

As promised, this is my response to your request for a stipulation that you be allowed to
join as a party plaintiff in the Netbula v. StorageTek action.  Sun's position is as
follows.

First, we do not believe that you are an appropriate plaintiff to enforce Netbula's
copyrights. Our position in this regard will be fully spelled out in our filing on Tuesday
opposing your request to be substituted as a plaintiff in the Sun action.  (We have cited
a couple of cases in the MAR filed on Friday, but that is just to advise the court of the
issue, not to argue it in full).  To the extent that you are not an appropriate plaintiff
in the existing action by Netbula against Sun, you would be equally inappropriate in any
new action that you may intend to file as Netbula's assignee.

Second, in the event that the Court disagrees with Sun's position in this regard and
concludes that you could be an appropriate plaintiff, in that situation it would be highly
inappropriate for you to commence a separate lawsuit about the same subject.  You have
already attempted to substitute in the Sun action, and to intervene there.  Commencing a
separate lawsuit would unnecessarily proliferate litigation, at least if the claims that
you wish to raise are of a subject matter and causes of action duplicative of the existing
action.  Sun cannot imagine just what claims it is that you wish to add, and therefore
cannot tell you whether or not they must be joined in the present lawsuit (assuming that
you are entitled individually to raise such claims at all, which we believe we are not).
Therefore, please advise what those purportedly new claims would be, so I can respond to
them.  Indeed, it is customary, before requesting a party's consent to amendment of
claims, to provide a copy of the proposed amendments.

Third, before you commence any threatened new action, it is incumbent upon you to wait
until Judge Jenkins has ruled on your pending requests for intervention and substitution.
It is wholly inappropriate in such circumstances to commence yet another action after
having presented the currently pending motions to Judge Jenkins.  Further, any effort to
seek a TRO or other preliminary relief in a second action would be entirely inappropriate,
given not only the ruling on the TRO by Judge Zimmerman, but also the fact that you have
personally already requested preliminary relief in your now pending motion to intervene in
the existing Sun case.  We therefore suggest that you consider the consequences very
seriously before filing such inappropriate pleadings--and obtain the advice of qualified
counsel before you do so.  Magistrate Judge Chen's ruling should have demonstrated that
filing unwarranted motions is a serious matter and has very real consequences.

I realize, of course, that I cannot keep you from filing with the Court whatever it is
that you choose to file.  It only costs a few hundred dollars to commence a lawsuit that
could cost thousands to defend, and which Sun would seek to recover from you personally
thereafter.  I therefore reiterate the importance of your obtaining counsel as to all the
consequences before you act.

Sincerely,

Laurence Pulgram

-----Original Message-----

1

From: ydx@netbula.com [mailto:ydx@netbula.com]
Sent: Friday, October 26, 2007 11:56 AM
To: Laurence Pulgram
Cc: ydx@netbula.com; brilletlaw@yahoo.com; Jedediah Wakefield; Albert Sieber; Liwen Mah;
yuedongxiao@gmail.com; davideiseman@quinnemanuel.com
Subject: Netbula's motion for substitution of party as to the copyright claim

Dear Mr. Pulgram, Mr. Wakefield, Mr. Mah and Mr. Sieber,

I am writing to seek a stipulation regarding Netbula's substitution of party as to the
copyright claim filed in the Nebula v. StorageTek case. As the copyright owner of the
relevant software and related claims, I am about to assert additional claims against
StorageTek. This can be done via an amended complaint in the C06-07391-MJJ case, or I can
file a new separate infringement action and move to relate/consolidate the new action to
the current action.

For judicial economy, I think it's far efficient for you to stipulate to the substitution
of party by replacing Dongxiao Yue as the copyright plaintiff in the C06-07391-MJJ case.

If you do not stipulate to the substitution, I will commence the new action next week.

Kind regards,

Don Yue


-------------------

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


NETBULA, LLC, a Delaware limited
liability company,

       Plaintiff,

       vs.           No.  C-06-07391-MJJ

STORAGE TECHNOLOGY CORPORATION, a
Delaware corporation; SUN MICROSYSTEMS, INC.,
a Delaware corporation; INTERNATIONAL BUSINESS
MACHINES CORPORATION, a New York corporation;
EMC CORPORATION, a Massachussetts corporation;
VERITAS SOFTWARE CORPORATION, a Delaware
corporation; DARDEN RESTAURANTS, INC., a Florida
corporation; and DOES 1-100, inclusive,

       Defendants.
_____
AND RELATED COUNTER-CLAIMS.
_____


30(b)(6) DEPOSITION OF MICHAEL ABRAMOVITZ

San Leandro, California

Tuesday, October 23, 2007




Reported by:
TRACY L. PERRY
CSR No. 9577

JOB No. 75688

1                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
2                    SAN FRANCISCO DIVISION

3

4   NETBULA, LLC, a Delaware limited
    liability company,
5
                    Plaintiff,
6
                    vs.                    No.  C-06-07391-MJJ
7
    STORAGE TECHNOLOGY CORPORATION, a
8   Delaware corporation; SUN MICROSYSTEMS, INC.,
    a Delaware corporation; INTERNATIONAL BUSINESS
9   MACHINES CORPORATION, a New York corporation;
    EMC CORPORATION, a Massachussetts corporation;
10  VERITAS SOFTWARE CORPORATION, a Delaware
    corporation; DARDEN RESTAURANTS, INC., a Florida
11  corporation; and DOES 1-100, inclusive,

12                  Defendants.
    _____
13  AND RELATED COUNTER-CLAIMS.
    _____
14

15

16          30(b)(6) Deposition of MICHAEL ABRAMOVITZ, taken

17  on behalf of Plaintiff, at 2777 Alvarado Street, Suite E,

18  San Leandro, California, beginning at 11:10 a.m. and

19  ending at 12:40 p.m., on Tuesday, October 23, 2007,

20  before TRACY L. PERRY, Certified Shorthand Reporter

21  No. 9577.

22

23

24

25

MICHAEL ABRAMOVITZ                10/23/07

Page 3

1                  APPEARANCES: .

2

3    FOR PLAINTIFF:

4         LAW OFFICES OF VONNAH M. BRILLET
          BY:  VONNAH M. BRILLET
5         Attorney at Law
          2777 Alvarado Street, Suite E
6         San Leandro, California  94577
          510-351-5345
7         brilletlaw@yahoo.com

8    FOR DEFENDANTS STORAGE TECHNOLOGY CORPORATION, SUN
     MICROSYSTEMS, INC., EMC CORPORATION, VERITAS SOFTWARE
9    CORPORATION, DARDEN RESTAURANTS, INC., AND THE WITNESS:

10        FENWICK & WEST, LLP
          BY:  LAURENCE PULGRAM
11        Attorney at Law
          555 California Street, 12th Floor
12        San Francisco, California  94104
          415-875-2300
13        lpulgram@fenwick.com

14   For IBM CORPORATION:

15        QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
          BY:  STACY M. MONAHAN
16        Attorney at Law
          50 California Street, 22nd Floor
17        San Francisco, California  94111
          415-875-6314
18        stacymonahan@quinnemanuel.com

19   Also present:

20        Dongxiao Yue

21

22

23

24

25

MICHAEL ABRAMOVITZ                10/23/07

Page 42

1    A   For the ISVs, we provide them with what we call

2    the LibAttach integrators kit or integrators pack.   The

3    terms seemed to be used interchangeably within the

4    company.

5           Now, the integrators pack contains some live

6    files and some header files that allow the integrators to

7    then link into LibAttach and make use of LibAttach

8    services.

9    Q   Did ISVs have the right to further distribute

10   the LibAttachprograms to their customers?

11   A   I don't know.

12   Q   Did you have field test sites -- I'm sorry.

13          Did StorageTek have field test sites?

14   A   I know some were talked about, but I don't know

15   if it ever happened.

16   Q   Okay.  Who were the StorageTek people

17   responsible for monitoring and accounting for LibAttach

18   licenses?

19   A   I don't know.

20   Q   So that was not in your department?

21   A   That was not in my department.

22   Q   Okay.  Did StorageTek create a newer version of

23   the LibAttach software that did not use the Netbula RPC?

24   A   Yes.

25   Q   Okay.  And when was that?

MICHAEL ABRAMOVITZ                    10/23/07

Page 43

1       A     That would have been October, November, December

2  of '05.

3       Q     And what was the name of that product?

4       A     That was LibAttach version 1.4.1.

5       Q     Okay.  And when did StorageTek replace the

6  Netbula RPC in the LibAttach software?

7       A     That would have been in October of '05.

8       Q     Okay.  So that was before it replaced the REELs

9  in November of '05?

10      A     I'm sorry?  What does that have to do with

11  REELs?

12      Q     Well, you said you guys stopped in the fourth

13  quarter of 2005.  And hold on.  Let me pull this out.

14  Where are we?

15            Mark this 72, please.

16            (Plaintiff's Exhibit 72 was marked.)

17  BY MS. BRILLET:

18      Q     Okay.  This Exhibit 72 is a Declaration of

19  Michael Abramovitz in Support of Defendants' Opposition

20  to Application for Temporary Restraining Order and

21  Impoundment.

22      A     Mm-hmm.

23      Q     So on number -- paragraph number 3, on line 8,

24  it says, "On or about November 29th, 2005, Sun replaced

25  the code it had licensed from Netbula."

MICHAEL ABRAMOVITZ                10/23/07

Page 44

1    A    Yes.

2    Q    So is that referring to the LibAttach software?

3    A    Yes.

4    Q    So it was November of '05, not October?

5    A    I'm speaking on development dates.

6    Q    Okay.  When was the last time that StorageTek or

7    its resellers or ISVs sold a copy of the LibAttach 1.1 to

8    1.4?

9        MR. PULGRAM:  No foundation.

10        THE WITNESS:  I don't know.

11    BY MS. BRILLET:

12    Q    What's the functionality of the LibAttach

13    integrators kit?

14    A    That allows our partners, the ISVs, to

15    programmatically talk to our library control software via

16    the ACSAPI.

17    Q    How does a customer use the LibAttach

18    integrators kit?

19    A    The customer does not.

20    Q    Oh, okay.

21        What's the difference between the LibAttach and

22    the LibAttach integrators kit?

23    A    The integrators kit contains some header files

24    and some library files that when an ISV is writing their

25    application, they need to import those files in order to

MICHAEL ABRAMOVITZ                10/23/07

Page 45

1    have access to the ACSAPI and have access to LibAttach's

2    services.

3        Q    How many version of the LibAttach integrators

4    kit are there?

5        A    The LibAttach integrators kit is versioned with

6    the same version numbers as the standard LibAttach.

7        Q    Okay.  Go to Exhibit 70.  Sorry.  I'm out of

8    order with the exhibit numbers.

9        MR. PULGRAM:  Okay.

10   BY MS. BRILLET:

11       Q    Do you recognize this document?

12       A    Yes.

13       Q    What is it?

14       A    This was the count of products that were sold --

15       Q    Okay.

16       A    -- using the REELs and LibAttach.

17       Q    The far left-hand column is titled "CEI."  What

18   does that mean?

19       MR. PULGRAM:  No foundation.

20       THE WITNESS:  I don't know.

21   BY MS. BRILLET:

22       Q    Okay.  You said that the LibAttach integrators

23   kit that goes along with the LibAttach program itself --

24   does the LibAttach integrators kit version -- do they

25   include the Netbula software files?

MICHAEL ABRAMOVITZ                    10/23/07

Page 46

1        A    They --

2        MR. PULGRAM:  Vague and ambiguous.

3        THE WITNESS:  They include the runtime files.

4   BY MS. BRILLET:

5        Q    Were Netbula header files included in the

6   LibAttach integrators kit?

7        A    No.

8        Q    Did the LibAttach integrators kit use the

9   Netbula RPC server functionality?

10       A    No.

11       Q    Model number 1191NLI, is that the model number

12  for the integrators kit?

13       A    Yes.

14       Q    Okay.  Do you know which companies purchased the

15  LibAttach integrators kit?

16       A    I don't.

17       Q    Were there trial versions of the LibAttach

18  integrators kit available?

19       A    No.

20       Q    Could you get the integrators kit without

21  getting just the straight LibAttach 1.1 to 1.4?

22       MR. PULGRAM:  Objection; no foundation.

23       THE WITNESS:  I don't know.

24  BY MS. BRILLET:

25       Q    Besides REELs, LibAttach, the LibAttach

MICHAEL ABRAMOVITZ                    10/23/07

Page 47

1  integrators kit, were there any StorageTek products that

2  used the Netbula software?

3      A    No.

4      Q    Did StorageTek use Netbula software in any other

5  products, including unfinished ones?

6      A    None that I'm aware of.

7      Q    Okay.  When StorageTek stopped using the Netbula

8  software in the fourth quarter of '05, did StorageTek

9  keep cop -- backup copies for the software that was

10 deleted?

11     MR. PULGRAM:  Vague.

12     THE WITNESS:  I'm sorry.  The question again.

13 BY MS. BRILLET:

14     Q    Mm-hmm.  When StorageTek stopped using the

15 Netbula software in the fourth quarter of 2005, did

16 StorageTek keep any backup copies of the Netbula

17 software?

18     A    We kept the original CDs that we received from

19 Netbula.

20     Q    Okay.  But no backups?

21     A    No backups.

22     Q    Okay.  Did StorageTek communicate to its

23 customers that it was replacing the Netbula software in

24 its products?

25     MR. PULGRAM:  Vague and -- I'm sorry.  No

# EXHIBIT C

**Yue v. Sun 25689-405**
**Historical Fees & Costs as of March 18, 2008**

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| WAKEFIELD, JEDEDIAH | $550.00 | 1.1 | $605.00 | 11/26/2007 | REVIEW AND ANALYZE COMPLAINT AND HEARING TRANSCRIPT; ANALYSIS RE DEFENSES TO SAME AND [REDACTED]. |
| PULGRAM, LAURENCE | $625.00 | 0.7 | $437.50 | 11/26/2007 | CONFER WITH J. WAKEFIELD AND J. DECECCO RE NEW LAWSUIT; REVIEW AND ANALYZE LAWSUIT AND EMAILS RE SAME. |
| WAKEFIELD, JEDEDIAH | $550.00 | 2.9 | $1,595.00 | 11/27/2007 | RESEARCH AND ANALYZE POTENTIAL DEFENSES TO DON YUE COMPLAINT AND INDEMNIFICATION CLAIMS IN VIEW OF SAME; CONFER WITH MR. PULGRAM AND MS. CHO RE SAME. |
| CHO, SOO | $245.00 | 1.5 | $367.50 | 11/27/2007 | TELEPHONE CONVERSATION WITH JED WAKEFIELD; RESEARCH RE: DUPLICATIVE LITIGATION. |
| SIEBER, ALBERT | $370.00 | 1.5 | $555.00 | 11/27/2007 | CONFER WITH L. PULGRAM AND J. WAKEFIELD RE COMPLAINT FILED BY D. YUE; RESEARCH ISSUES RELATED TO SAME. |
| WAKEFIELD, JEDEDIAH | $550.00 | 0.5 | $275.00 | 11/28/2007 | PREPARE LETTER TO PLAINTIFF'S COUNSEL RE DON YUE'S NEW COMPLAINT AND INDEMNIFICATION. |
| CHO, SOO | $245.00 | 3.7 | $906.50 | 11/28/2007 | RESEARCH RE CIVIL PROCEDURE RULES ON DUPLICATIVE LITIGATION; TELEPHONE CONVERSATION WITH ALBERT SEIBER RE SAME. |
| WAKEFIELD, JEDEDIAH | $550.00 | 0.7 | $385.00 | 11/29/2007 | CONFER WITH MR. SIEBER AND MS. CHO RE GROUNDS TO CHALLENGE DON YUE'S NEW COMPLAINT; REVIEW RESEARCH RE SAME. |
| CHO, SOO | $245.00 | 1.6 | $392.00 | 11/29/2007 | FURTHER RESEARCH RE LAW RE: DUPLICATIVE LITIGATION. |
| SIEBER, ALBERT | $370.00 | 0.4 | $148.00 | 11/29/2007 | CONFER WITH J. WAKEFIELD RE RESPONSE TO COMPLAINT FILED BY D. YUE. |
| WAKEFIELD, JEDEDIAH | $550.00 | 1.6 | $880.00 | 11/30/2007 | RESEARCH AND DRAFT MOTION TO RELATE DON YUE'S NEW COMPLAINT. |
| WAKEFIELD, JEDEDIAH | $550.00 | 4 | $2,200.00 | 12/3/2007 | [REDACTED, FEES NOT SOUGHT] FURTHER PREPARATION OF MOTION RE RELATED CASES; PREPARE SUPPORTING DECLARATION AND REVISE PROPOSED ORDER; CALLS WITH PLAINTIFF'S COUNSEL RE SAME. |
| PULGRAM, LAURENCE | $625.00 | 0.3 | $187.50 | 12/3/2007 | REVIEW AND EDIT MOTION TO RELATE CASE. |
| MAH, LIWEN | $330.00 | 0.4 | $132.00 | 12/4/2007 | [REDACTED, FEES NOT SOUGHT] PREPARE AND FILE MOTION TO RELATE CASES. |
| PULGRAM, LAURENCE | $625.00 | 0.2 | $125.00 | 12/4/2007 | CONFER WITH J. WAKEFIELD RE SERVICE OF SECOND COMPLAINT AND NEGOTIATION OF PROTECTIVE ORDER. |
| MAH, LIWEN | $330.00 | 0.4 | $132.00 | 12/5/2007 | COMMUNICATE WITH OPPOSING PARTY REGARDING MOTION TO RELATE CASES; REVIEW FILINGS IN RELATED CASE. |

**Yue v. Sun 25689-405**
**Historical Fees & Costs as of March 18, 2008**

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| WAKEFIELD, JEDEDIAH | $550.00 | 0.5 | $275.00 | 12/5/2007 | CONFER WITH PLAINTIFF'S COUNSEL RE RELATED CASE NOTICE; REVIEW CORRESPONDENCE FROM PLAINTIFF RE SAME; REVIEW AND REVISE RESPONSE TO SAME. |
| | | | | | **[REDACTED, FEES NOT SOUGHT]** |
| WAKEFIELD, JEDEDIAH | $550.00 | 0.4 | $220.00 | 12/6/2007 | REVIEW CORRESPONDENCE FROM MR. YUE RE RELATED CASE NOTICE AND CONFER WITH MR. PULGRAM RE RESPONSE TO SAME. |
| WAKEFIELD, JEDEDIAH | $550.00 | 0.8 | $440.00 | 12/7/2007 | ANALYSIS RE MOTION TO DISMISS YUE COMPLAINT. |
| SIEBER, ALBERT | $370.00 | 0.2 | $74.00 | 12/7/2007 | REVIEW AND RESPOND TO CORRESPONDENCE FROM J. WAKEFIELD RE MOTION TO DISMISS COMPLAINT. |
| SIEBER, ALBERT | $370.00 | 2.3 | $851.00 | 12/8/2007 | RESEARCH AND DRAFT PORTIONS OF MOTION TO DISMISS COMPLAINT ; CONFER WITH J. WAKEFIELD RE SAME. |
| PULGRAM, LAURENCE | $625.00 | 0.5 | $312.50 | 12/9/2007 | REVIEW AND RESPOND TO EMAILS WITH A. SIEBER RE POTENTIAL DISMISSAL OF STORAGETEK EMAILS WITH J. WAKEFIELD RE SERVICE OF PROCESS AND STRATEGIES. |
| | | | | | **[REDACTED, FEES NOT SOUGHT]** |
| WAKEFIELD, JEDEDIAH | $550.00 | 2.1 | $1,155.00 | 12/10/2007 | RECEIVE AND REVIEW AMENDED YUE COMPLAINT; ARRANGE TO OBTAIN PROOF OF SERVICE RE SAME; ANALYSIS RE IMPACT ON PLANNED MOTION TO DISMISS AND AVAILABLE SANCTIONS RE NEW CLAIMS; CONFER WITH MS. DECECCO RE NEXT STEPS. |
| PULGRAM, LAURENCE | $625.00 | 1.2 | $750.00 | 12/10/2007 | REVIEW AND ANALYZE FIRST AMENDED COMPLAINT; CALLS AND EMAILS WITH CLIENT AND J. WAKEFIELD RE STRATEGIES, PARTICULARLY WITH RESPECT TO INDIVIDUAL DEFENDANTS; ANALYZE SERVICE OF PROCESS AND OTHER ISSUES RE MOTION TO DISMISS AND POTENTIAL SANCTIONS. |
| SIEBER, ALBERT | $370.00 | 0.9 | $333.00 | 12/10/2007 | RESEARCH RE RESPONSE TO AMENDED COMPLAINT FILED BY D. YUE; CONFER WITH TEAM RE SAME. |
| WAKEFIELD, JEDEDIAH | $550.00 | 0.8 | $440.00 | 12/11/2007 | REVIEW CORRESPONDENCE FROM PLAINTIFF RE RELATED CASE NOTICE; REVIEW PROOFS OF SERVICE AND ANALYZE TIMING AND NEXT STEPS IN VIEW OF SAME. |
| SIEBER, ALBERT | $370.00 | 1.8 | $666.00 | 12/11/2007 | REVIEW AND ANALYZE AMENDED COMPLAINT SENT BY D. YUE AND PROOFS OF SERVICE FILED WITH COURT; RESEARCH RELATED ISSUES AND CONFER WITH TEAM RE SAME. |
| WAKEFIELD, JEDEDIAH | $550.00 | 1.2 | $660.00 | 12/12/2007 | REVIEW LETTER TO PLAINTIFF RE TIMING FOR RESPONSE TO COMPLAINT; ANALSYIS RE MOTION TO DISMISS AND POSSIBLE MOTION TO STAY DISCOVERY AS TO INDIVIDUAL DEFENDANTS. |
| | | | | | **[REDACTED, FEES NOT SOUGHT]** |
| WAKEFIELD, JEDEDIAH | $550.00 | 1.1 | $605.00 | 12/18/2007 | REVIEW DON YUE LETTER TO JUDGE JENKINS RE ALLEGED BIAS; ANALYSIS RE GROUNDS TO CHALLENGE NEW COMPLAINT DEPENDING ON SUMMARY JUDGMENT OUTCOME AND **[REDACTED]**. |

**Yue v. Sun 25689-405**
**Historical Fees & Costs as of March 18, 2008**

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $370.00 | 3.7 | $1,369.00 | 12/26/2007 | RESEARCH POTENTIAL RESPONSES TO YUE FIRST AMENDED COMPLAINT; BEGIN DRAFTING MOTION TO DISMISS; CONFER WITH J. WAKEFIELD RE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 2.1 | $1,270.50 | 1/3/2008 | RECEIVE AND REVIEW MOTION FOR DEFAULT; CONFER WITH MR. PULGRAM RE SAME; CORRESPONDENCE WITH DON YUE RE SAME; REVIEW AND ANALYZE EFFICACY OF SERVICE OF SUMMONS. |
| PULGRAM, LAURENCE | $690.00 | 1.2 | $828.00 | 1/3/2008 | REVIEW PLEADINGS RE PURPORTED SERVICE OF PROCESS; REVIEW AND ANALYZE EMAILS AND LEGAL STANDARDS RE SAME; REVIEW MOTION FOR ENTRY OF DEFAULT; CONFER WITH J. WAKEFIELD AND REVIEW EMAILS RE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 2.8 | $1,148.00 | 1/3/2008 | REVIEW MOTION FOR ENTRY OF DEFAULT JUDGMENT; CONFER WITH TEAM RE SAME; REVIEW PROOF OF SERVICE OF SUMMONS AND COMPLAINT; CONFER WITH L. MAH RE SAME; RESEARCH AND PREPARE E-MAIL MEMORANDUM RE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |

**Yue v. Sun 25689-405**
**Historical Fees & Costs as of March 18, 2008**

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| WAKEFIELD, JEDEDIAH | $605.00 | 0.2 | $121.00 | 1/9/2008 | CONFER WITH MR. SIEBER RE STRATEGY FOR MOTION TO DISMISS. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.2 | $121.00 | 1/10/2008 | REVIEW ORDERS RELATING YUE AND NETBULA ACTION AND SETTING STATUS CONFERENCE. |
| PULGRAM, LAURENCE | $690.00 | 0.2 | $138.00 | 1/10/2008 | REVIEW COURT ORDERS AND PLEADINGS. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.4 | $242.00 | 1/15/2008 | CORRESPONDENCE WITH COUNSEL FOR MR. YUE RE STATUS OF REPRESENTATION AND DEFAULT; [REDACTED, FEES NOT SOUGHT]. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 0.4 | $164.00 | 1/17/2008 | DRAFT STIPULATION RE CONTINUATION OF CASE MANAGEMENT CONFERENCE; CONFER WITH J. WAKEFIELD RE SAME; E-MAIL OPPOSING COUNSEL RE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.2 | $121.00 | 1/17/2008 | CONFER WITH MR. SIEBER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND REVISE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.9 | $544.50 | 1/17/2008 | CONFER WITH DR. YUE AND NETBULA'S COUNSEL RE JOINT STATEMENT. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.6 | $363.00 | 1/18/2008 | CONFER WITH PLAINTIFF AND REVISE JOINT STATEMENT IN VIEW OF RECENT ORDERS. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| PULGRAM, LAURENCE | $690.00 | 0.2 | $138.00 | 1/18/2008 | REVIEW EMAILS AND PROVIDE INPUT RE STRATEGY AND STATUS CONFERENCE. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 1.2 | $726.00 | 1/22/2008 | ANALYZE IMPACT OF SUMMARY JUDGMENT AND STRATEGY FOR RESPONSE TO COMPLAINT IN VIEW OF SAME; REVIEW AND CONFER WITH PLAINTIFF RE PLAINTIFF'S STATEMENT RE CMC. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |

**Yue v. Sun 25689-405**
**Historical Fees & Costs as of March 18, 2008**

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.2 | $121.00 | 1/23/2008 | CONFER WITH COUNSEL FOR PLAINTIFF RE REPRESENTATION AND UPDATE TEAM RE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 1.3 | $786.50 | 1/23/2008 | RESEARCH AND ANALYSIS RE GROUNDS FOR MOTION TO DISMISS AND CONFER WITH MR. SIEBER RE SAME. |
| PULGRAM, LAURENCE | $690.00 | 0.4 | $276.00 | 1/23/2008 | ANALYZE CASE LAW AND CONFER WITH A. SIEBER RE MOTION TO DISMISS AND PRIVITY ISSUE. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 1.5 | $907.50 | 1/24/2008 | REVIEW ORDER RE CMC; ANALYZE AND CONFER WITH MR. TYZ RE STRATEGY FOR MOTION TO DISMISS; REVIEW AND ANALYZE AUTHORITIES RE PRIVITY FOR SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| PULGRAM, LAURENCE | $690.00 | 0.2 | $138.00 | 1/24/2008 | EMAILS WITH CLIENT; CONFER WITH A. SIEBER RE MOTION TO DISMISS. |
| SIEBER, ALBERT | $410.00 | 3.5 | $1,435.00 | 1/25/2008 | CONFER WITH L. PULGRAM AND J. WAKEFIELD RE MOTION TO DISMISS COMPLAINT; RESEARCH DRAFT AND REVISE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 1 | $605.00 | 1/25/2008 | CONFER WITH MR. SIEBER RE MOTION TO DISMISS; REVIEW SUPPORTING EVIDENCE FOR SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 8.8 | $3,608.00 | 1/26/2008 | RESEARCH, DRAFT AND REVISE MOTION TO DISMISS COMPLAINT. |
| SIEBER, ALBERT | $410.00 | 1.8 | $738.00 | 1/27/2008 | REVIEW COMMENTS FROM J. WAKEFIELD RE MOTION TO DISMISS COMPLAINT; REVISE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 1 | $605.00 | 1/27/2008 | ASSIST IN PREPARATION OF MOTION TO DISMISS. |
| SIEBER, ALBERT | $410.00 | 4.9 | $2,009.00 | 1/28/2008 | CONFER WITH TEAM RE MOTION TO DISMISS AND SUPPORTING DOCUMENTS; RESEARCH, REVISE, AND SUPPLEMENTAL RESEARCH RE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |

Yue v. Sun 25689-405
Historical Fees & Costs as of March 18, 2008

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| WAKEFIELD, JEDEDIAH | $605.00 | 0.8 | $484.00 | 1/28/2008 | REVIEW AND REVISE ARGUMENTS FOR MOTION TO DISMISS; REVIEW SUPPORTING EVIDENCE FOR SAME. |
| PULGRAM, LAURENCE | $690.00 | 2.8 | $1,932.00 | 1/28/2008 | REVIEW AND EDIT MOTION TO DISMISS; CONFER WITH A. SIEBER AND J. WAKEFIELD RE SAME [REDACTED, FEES NOT SOUGHT]. |
| SIEBER, ALBERT | $410.00 | 7 | $2,870.00 | 1/29/2008 | OVERSEE ALL ASPECTS OF REVISION AND FILING OF MOTION TO DISMISS; SUPPLEMENTAL RESEARCH AND CONFER WITH TEAM RE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 1.9 | $1,149.50 | 1/29/2008 | REVIEW, ANALYZE AND REVISE ARGUMENTS FOR MOTION TO DISMISS; REVIEW SUPPORTING DECLARATION, APPENDIX AND PROPOSED ORDER. |
| PULGRAM, LAURENCE | $690.00 | 3.5 | $2,415.00 | 1/29/2008 | REVIEW AND CONTINUE EDITS OF MOTION TO DISMISS AND RELATED DOCUMENTS; ANALYZE CASE LAW AND JUDICIAL NOTICE ISSUES; CONFER WITH A. SIEBER AND J. WAKEFIELD RE FILING. |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 0.6 | $492.00 | 2/4/2008 | [REDACTED, FEES NOT SOUGHT]; DRAFT AND REVISE PORTIONS OF CASE MANAGEMENT CONFERENCE STATEMENT. |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 0.2 | $82.00 | 2/5/2008 | REVIEW PLAINTIFF'S STATEMENT RE CASE STATUS; E-MAIL TEAM RE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 1 | $605.00 | 2/5/2008 | PREPARATION OF CASE MANAGEMENT CONFERENCE STATEMENT AND NEGOTIATE WITH PLAINTIFF'S COUNSEL RE SAME. |
| PULGRAM, LAURENCE | $690.00 | 0.3 | $207.00 | 2/5/2008 | REVIEW AND EDIT STATUS CONFERENCE STATEMENTS; E-MAILS AND CONFER RE SAME. |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 0.6 | $246.00 | 2/8/2008 | REVIEW E-MAILS RE REPLY TO MOTION TO DISMISS; BEGIN DRAFT OF SAME; REVIEW ORDER RE PLAINTIFF'S REQUEST FOR DISQUALIFICATION; E-MAIL TEAM RE SAME. |
|  |  |  |  |  | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.8 | $484.00 | 2/11/2008 | REVIEW ORDER RE MOTION FOR DEFAULT AND MOTION FOR SANCTIONS; ANALYSIS RE PLAINTIFF'S MOTION TO STRIKE. |

**Yue v. Sun 25689-405**
**Historical Fees & Costs as of March 18, 2008**

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| WAKEFIELD, JEDEDIAH | $605.00 | 0.1 | $60.50 | 2/11/2008 | TELEPHONE CALL FROM PLAINTIFF'S COUNSEL RE MOTION TO STRIKE AND OPPOSITION TO MOTION TO DISMISS. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 0.3 | $123.00 | 2/11/2008 | REVIEW PLAINTIFF'S MOTION TO STRIKE; E-MAIL TO TEAM RE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 2.2 | $1,331.00 | 2/12/2008 | PREPARE FOR, TRAVEL TO AND ATTEND CASE MANAGEMENT CONFERENCE (TIME SPLIT WITH NETBULA V. SUN MATTER). |
| WAKEFIELD, JEDEDIAH | $605.00 | 1.4 | $847.00 | 2/12/2008 | REVIEW AND ANALYZE ARGUMENTS IN PLAINTIFF'S MOTION TO STRIKE AND EVIDENCE CITED. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| PULGRAM, LAURENCE | $690.00 | 0.4 | $276.00 | 2/12/2008 | CONFER WITH TEAM RE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AND RES JUDICATA ISSUES. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 3.2 | $1,936.00 | 2/13/2008 | ANALYZE ARGUMENTS, CASES AND SUPPORTING MATERIALS FOR REPLY IN SUPPORT OF MOTION TO DISMISS; CONFER WITH MR. SIEBER RE SAME. [REDACTED]. |
| SIEBER, ALBERT | $410.00 | 2.1 | $861.00 | 2/13/2008 | RESEARCH CASES AND OTHER MATERIALS CITED IN SUPPORT OF MOTION TO STRIKE AND MOTION TO DISMISS; DRAFT AND REVISE REPLY BRIEF; CONFER WITH J. WAKEFIELD RE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.5 | $302.50 | 2/14/2008 | OUTLINE ARGUMENTS FOR REPLY RE MOTION TO DISMISS AND CONFER WITH MR. SEIBER RE SAME. |
| SIEBER, ALBERT | $410.00 | 3.3 | $1,353.00 | 2/14/2008 | RESEARCH, DRAFT AND REVISE PORTIONS OF REPLY IN SUPPORT OF MOTION TO DISMISS; CONFER WITH J. WAKEFIELD RE SAME. |
| SIEBER, ALBERT | $410.00 | 1.2 | $492.00 | 2/15/2008 | RESEARCH, DRAFT AND REVISE REPLY IN SUPPORT OF MOTION TO DISMISS. |
| SIEBER, ALBERT | $410.00 | 4.5 | $1,845.00 | 2/16/2008 | RESEARCH, DRAFT, AND REVISE REPLY IN SUPPORT OF MOTION TO DISMISS. |
| SIEBER, ALBERT | $410.00 | 0.3 | $123.00 | 2/17/2008 | REVISE REPLY IN SUPPORT OF MOTION TO DISMISS; E-MAIL TEAM RE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 1 | $605.00 | 2/18/2008 | REVIEW AND REVISE REPLY RE MOTION TO DISMISS. |
| PULGRAM, LAURENCE | $690.00 | 2.9 | $2,001.00 | 2/18/2008 | REVIEW AND EDIT MOTION TO DISMISS REPLY; EMAILS RE SAME. |
| SIEBER, ALBERT | $410.00 | 0.3 | $123.00 | 2/18/2008 | REVIEW AND RESPOND TO E-MAILS FROM J. WAKEFIELD AND L. PULGRAM RE REPLY IN SUPPORT OF MOTION TO DISMISS; REVIEW EDITS TO SAME. |

Yue v. Sun 25689-405
Historical Fees & Costs as of March 18, 2008

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| PULGRAM, LAURENCE | $690.00 | 2.9 | $2,001.00 | 2/19/2008 | FURTHER REVIEW AND REVISIONS TO REPLY BRIEF; CONFER WITH A. SIEBER RE FINAL EDITS TO BRIEF AND SUPERVISE FILING; [REDACED CLIENT CONFERENCE]; CALL FROM NORTHERN DISTRICT ADR OFFICE RE MEDIATION. |
| SIEBER, ALBERT | $410.00 | 3.4 | $1,394.00 | 2/19/2008 | REVIEW CORRESPONDENCE FROM J. WAKEFIELD AND L. PULGRAM RE REPLY IN SUPPORT OF MOTION TO DISMISS; CONFER WITH L. PULGRAM RE SAME; REVISE SAME; ASSIST IN ALL ASPECTS OF FILING DOCUMENT. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.4 | $242.00 | 2/19/2008 | ANALYSIS RE ARGUMENTS FOR CONVERSION OF MOTION TO DISMISS TO RULE 56 MOTION AND CONFER WITH MR. PULGRAM RE SAME. |
| TRIGONIS, NICK | $200.00 | 1.2 | $240.00 | 2/19/2008 | RETRIEVE CASES AND CITE CHECK MOTION TO DISMISS REPLY. |
| PULGRAM, LAURENCE | $690.00 | 0.2 | $138.00 | 2/21/2008 | REVIEW MOTION TO SUBSTITUTE; EMAILS TO TEAM RE SAME. |
| SIEBER, ALBERT | $410.00 | 0.2 | $82.00 | 2/21/2008 | REVIEW NOTICE OF SUBSTITUTION OF COUNSEL; RESEARCH AND E-MAIL TEAM RE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 2.9 | $1,189.00 | 2/27/2008 | REVIEW AND REVISE STIPULATION RE HEARING ON MOTION TO WITHDRAW; CONFER WITH J. WAKEFIELD RE SAME; DRAFT RESPONSE TO MOTION TO WITHDRAW AS COUNSEL; CONFER WITH J. WAKEFIELD RE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 1.8 | $738.00 | 2/29/2008 | CONFER WITH J. WAKEFIELD RE OPPOSITION TO MOTION TO WITHDRAW AND PROPOSED ORDER RE SAME; REVISE AND FILE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 1.4 | $847.00 | 3/3/2008 | BEGIN PREPARATION FOR HEARING ON MOTION TO DISMISS AND STATUS CONFERENCE; RECEIVE AND REVIEW ORDER TAKING HEARING OFF CALENDAR. |
| PULGRAM, LAURENCE | $690.00 | 0.7 | $483.00 | 3/3/2008 | CONFER WITH J WAKEFIELD RE ARGUMENT ON MOTION TO DISMISS; REVIEW COURT FILING RE WITHDRAWAL MOTION AND CONTINUANCES; BEGIN PREPARATIONS FOR HEARING; REVISE AND EDIT OPPOSITION TO MOTION TO STRIKE. |
| SIEBER, ALBERT | $410.00 | 0.5 | $205.00 | 3/3/2008 | PREPARE OPPOSITION TO MOTION TO STRIKE; CONFER WITH L. PULGRAM RE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 1.2 | $726.00 | 3/4/2008 | REVIEW AND ANALYZE ORDER DISMISSING CASE AND JUDGMENT; REVIEW AUTHORITIES AND ANALYZE GROUNDS FOR FEES MOTION; CONFER WITH MR. SIEBER AND MR. PULGRAM RE SAME. |
| PULGRAM, LAURENCE | $690.00 | 1.8 | $1,242.00 | 3/4/2008 | REVIEW ORDER GRANTING MOTION TO DISMISS; ANALYZE CASE LAW AND STRATEGIES REGARDING POTENTIAL MOTION FOR ATTORNEY'S FEES; CONFER WITH J. WAKEFIELD AND A. SIEBER RE SAME; EMAILS AND CALLS TO CLIENT. |
| SIEBER, ALBERT | $410.00 | 1 | $410.00 | 3/4/2008 | REVIEW ORDER RE MOTION TO DISMISS; CONFER WITH TEAM RE SAME; RESEARCH CASE LAW RE ATTORNEYS' FEES MOTION AND E-MAIL L. PULGRAM RE SAME. |

**Yue v. Sun 25689-405**
**Historical Fees & Costs as of March 18, 2008**

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| WAKEFIELD, JEDEDIAH | $605.00 | 1 | $605.00 | 3/5/2008 | REVIEW RECENT AUTHORITIES RE PREVAILING PARTY ATTORNEYS FEES; REVIEW COMMUNICATIONS SUPPORTING AWARD OF SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.2 | $121.00 | 3/5/2008 | [REDACTED - CLIENT CONFERENCE] |
| SIEBER, ALBERT | $410.00 | 0.2 | $82.00 | 3/5/2008 | CONFER WITH AND E-MAIL J. WAKEFIELD RE MOTION FOR ATTORNEYS' FEES. |
| PULGRAM, LAURENCE | $690.00 | 0.3 | $207.00 | 3/6/2008 | CONFER WITH A SIEBER RE ATTORNEYS FEES MOTION. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.2 | $121.00 | 3/6/2008 | [REDACTED - CLIENT CONFERENCE] |
| SIEBER, ALBERT | $410.00 | 2.2 | $902.00 | 3/6/2008 | CONFER WITH L. PULGRAM RE ATTORNEYS' FEES MOTION; RESEARCH RELATED TO SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| PULGRAM, LAURENCE | $690.00 | 0.1 | $69.00 | 3/13/2008 | CONFER WITH A. SIEBER RE MOTION FOR ATTORNEY'S FEES. |
| SIEBER, ALBERT | $410.00 | 0.3 | $123.00 | 3/13/2008 | REVIEW AND RESPOND TO CORRESPONDENCE FROM L. PULGRAM RE TIMING OF ATTORNEYS FEES MOTION; RESEARCH RELATED TO SAME. |
| PULGRAM, LAURENCE | $690.00 | 0.1 | $69.00 | 3/14/2008 | CONFER WITH JED WAKEFIELD RE ATTORNEYS FEES MOTION. |
| SIEBER, ALBERT | $410.00 | 0.3 | $123.00 | 3/14/2008 | CONFER WITH J. WAKEFIELD RE MOTION FOR ATTORNEYS FEES. |
| SIEBER, ALBERT | $410.00 | 3.8 | $1,558.00 | 3/15/2008 | RESEARCH, DRAFT AND REVISE MOTION FOR ATTORNEYS FEES. |
| SIEBER, ALBERT | $410.00 | 9.5 | $3,895.00 | 3/16/2008 | RESEARCH, DRAFT AND REVISE MOTION FOR ATTORNEYS FEES; CONFER WITH J. WAKEFIELD RE SAME. |
| | | | | | [REDACTED, FEES NOT SOUGHT] |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.5 | $302.50 | 3/16/2008 | REVIEW RESEARCH RE FEES AND COSTS RECOVER AND REVIEW DRAFT MOTION FOR FEES. |
| PULGRAM, LAURENCE | $690.00 | 0.3 | $207.00 | 3/16/2008 | REVIEW AND RESPOND TO EMAIL RE COST BILL AND ATTORNEYS FEES MOTION |
| PULGRAM, LAURENCE | $690.00 | 0.9 | $621.00 | 3/17/2008 | CONFER WITH J. WAKEFIELD AND A. SIEBER RE MOTION FOR ATTORNEY'S FEES AND COSTS; REVIEW AND EDIT INTRODUCTION TO MOTION. |
| PULGRAM, LAURENCE | $690.00 | 1.2 | $828.00 | 3/17/2008 | REVIEW AND REVISE MOTION FOR ATTORNEY'S FEES; INPUT RE COSTS BILL. |
| SIEBER, ALBERT | $410.00 | 4.2 | $1,722.00 | 3/17/2008 | REVIEW CORRESPONDENCE FROM J. WAKEFIELD AND L. PULGRAM RE MOTION FOR ATTORNEY'S FEES; REVISE BRIEF AND SUPPLEMENTAL RESEARCH BASED ON SAME; DRAFT SUPPORTING DECLARATION AND PREPARE EXHIBITS TO SAME. |

**Yue v. Sun 25689-405**
**Historical Fees & Costs as of March 18, 2008**

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| WAKEFIELD, JEDEDIAH | $605.00 | 8.9 | $5,384.50 | 3/17/2008 | DRAFT ARGUMENTS FOR FEES MOTION; REVIEW SUPPORTING MATERIALS FOR SUPPORTING DECLARATION AND BILL OF COSTS. |
| WAKEFIELD, JEDEDIAH | $605.00 | 5 | $3,025.00 | 3/18/2008 | (ESTIMATED) FURTHER PREPARATION OF FEES MOTION AND SUPPORTING MATERIALS; RESEARCH RE TAXABLE COSTS AND SERVICE ISSUES;  CONFER WITH PLAINTIFF RE SERVICE. |
| | | | $10.75 | 12/8/2007 | LEXIS/NEXIS RESEARCH DOCUMENT PRINTING SIEBER, ALBERT |
| | | | $182.00 | 12/8/2007 | LEXIS/NEXIS RESEARCH SEARCHES SIEBER, ALBERT |
| | | | $43.50 | 12/8/2007 | LEXIS/NEXIS RESEARCH SHEPARDS LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $50.75 | 12/11/2007 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $36.25 | 12/13/2007 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $10.75 | 12/20/2007 | LEXIS/NEXIS RESEARCH DOCUMENT PRINTING SIEBER, ALBERT |
| | | | $21.75 | 12/20/2007 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $43.50 | 12/26/2007 | LEXIS/NEXIS RESEARCH SIEBER, ALBERT SHEPARD'S LEGAL CITATION SERVICES |
| | | | $14.50 | 1/1/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $68.00 | 1/3/2008 | LEXIS/NEXIS RESEARCH SEARCHES SIEBER, ALBERT |
| | | | $43.50 | 1/3/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $36.25 | 1/4/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $14.50 | 1/6/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $14.50 | 1/7/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $101.50 | 1/9/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $36.25 | 1/18/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $29.00 | 1/23/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $50.00 | 1/23/2008 | LEXIS/NEXIS RESEARCH SEARCHES SIEBER, ALBERT |
| | | | $50.00 | 1/25/2008 | LEXIS/NEXIS RESEARCH SEARCHES SIEBER, ALBERT |
| | | | $50.75 | 1/14/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $284.00 | 1/14/2008 | LEXIS/NEXIS RESEARCH SEARCHES SIEBER, ALBERT |
| | | | $29.00 | 1/15/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $213.00 | 1/15/2008 | LEXIS/NEXIS RESEARCH SEARCHES SIEBER, ALBERT |
| | | | $36.25 | 1/16/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $140.00 | 1/16/2008 | LEXIS/NEXIS RESEARCH SINGLE DOCUMENT RETRIEVAL SIEBER, ALBERT |
| | | | $21.75 | 1/28/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $43.50 | 2/1/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $21.75 | 2/11/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $76.00 | 2/12/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES SEARCHES SIEBER, ALBERT |
| | | | $50.00 | 2/13/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES SEARCHES SIEBER, ALBERT |

**Yue v. Sun 25689-405**
**Historical Fees & Costs as of March 18, 2008**

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| | | | $14.50 | 2/14/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $50.00 | 2/14/2008 | LEXIS/NEXIS RESEARCH BRIEFS PLEADINGS MOTIONS SINGLE DOCUMENT RETRIEVAL SIEBER, ALBERT |
| | | | $7.25 | 2/15/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $29.00 | 2/17/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $194.00 | 2/17/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES SEARCHES SIEBER, ALBERT |
| | | | $50.00 | 2/19/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES SEARCHES TRIGONIS, NICK |
| | | | $14.50 | 2/21/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $7.12 | 2/27/2008 | WESTLAW RESEARCH WESTLAW LINES SIEBER, ALBERT |
| | | | $8.00 | 2/27/2008 | WESTLAW RESEARCH TRANSACTIONAL ONLINE FINDS SIEBER, ALBERT |
| | | | $7.25 | 3/4/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $21.50 | 3/4/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES DOCUMENT PRINTING SIEBER, ALBERT |
| | | | $280.00 | 3/4/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL SIEBER, ALBERT |
| | | | $29.00 | 3/6/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $53.75 | 3/6/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES DOCUMENT PRINTING SIEBER, ALBERT |
| | | | $250.00 | 3/6/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL SIEBER, ALBERT |
| | | | $65.25 | 3/15/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $860.00 | 3/15/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL SIEBER, ALBERT |
| | | | $10.00 | 3/16/2008 | LEXIS/NEXIS RESEARCH LAW REVIEWS SINGLE DOCUMENT RETRIEVAL SIEBER, ALBERT |
| | | | $65.25 | 3/16/2008 | LEXIS/NEXIS RESEARCH SHEPARD'S SERVICE LEGAL CITATION SERVICES SIEBER, ALBERT |
| | | | $248.00 | 3/16/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES SEARCHES SIEBER, ALBERT |
| | | | $560.00 | 3/16/2008 | LEXIS/NEXIS RESEARCH LEXIS LEGAL SERVICES SINGLE DOCUMENT RETRIEVAL SIEBER, ALBERT |
| | | | $19.78 | 1/28/2008 | FEDERAL EXPRESS 79148049771 250396354 |
| | | | $9.00 | 2/22/2008 | OVERNIGHT COURIER PAID BY A/P (HARD COST) - - VENDOR: NATIONWIDE LEGAL, INC., 1/16/08 |
| | | | $11.50 | 2/22/2008 | OVERNIGHT COURIER PAID BY A/P (HARD COST) - - VENDOR: NATIONWIDE LEGAL, INC., 1/16/08 |
| | | | $4.50 | 2/22/2008 | OVERNIGHT COURIER PAID BY A/P (HARD COST) - - VENDOR: NATIONWIDE LEGAL, INC., 1/30/08 |

Yue v. Sun 25689-405
Historical Fees & Costs as of March 18, 2008

| Attorney | Rate | Hours | Amount | Date | Narrative |
|---|---|---|---|---|---|
| | | | $50.00 | 2/26/2008 | OVERNIGHT COURIER PAID BY A/P (HARD COST) -- VENDOR: QUAKE COURIER & ATTORNEY SERVICES, 1/7/08 |
| | | | $50.00 | 2/26/2008 | OVERNIGHT COURIER PAID BY A/P (HARD COST) -- VENDOR: QUAKE COURIER & ATTORNEY SERVICES, 1/7/08 |
| | | | $40.00 | 2/26/2008 | OVERNIGHT COURIER PAID BY A/P (HARD COST) -- VENDOR: QUAKE COURIER & ATTORNEY SERVICES, 1/28/08 |
| | | | $9.00 | 3/11/2008 | OVERNIGHT COURIER PAID BY A/P (HARD COST) -- VENDOR: NATIONWIDE LEGAL, INC., 2/6/08 |
| | | | $12.00 | 3/7/2008 | TRAVEL - 2/12/08 PARKING - VENDOR: LAURENCE F. PULGRAM (EXP) |

TOTAL FEES                $87,775.00
TOTAL COSTS               $4,853.40

TOTAL FEES AND            $92,628.40
COSTS