1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:    (415) 875-2300
7  Facsimile:    (415) 281-1350

8  Attorneys for Named Defendants
   SUN MICROSYSTEMS, INC.,
9  MICHAEL MELNICK, JULIE DECECCO,
   MICHAEL P. ABRAMOVITZ,
10 LISA K. RADY, and JONATHAN SCHWARTZ

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 | DONGXIAO YUE,                              | Case No.  C-07-05850-MJJ
16 |         Plaintiff,                         | **PROOF OF SERVICE FOR DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**
17 | v.                                         |
18 | STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; | Date:   April 22, 2008
19 | SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an | Time:   9:30 a.m.
                                                                          Dept:   TBD
20 | individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, | Judge:  TBD
21 | an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an
22 | individual; and DOES 1-1000, inclusive,
23 |         Defendant.

PROOF OF SERVICE FOR MOTION FOR
ATTORNEYS' FEES AND COSTS                                    CASE NO. C-07-05850-MJJ

|     |     |
| --- | --- |
| 1   | **PROOF OF SERVICE** |
| 2   | The undersigned declares as follows: |
| 3   | I am a citizen of the United States and employed in San Francisco County, State of |
| 4   | California. I am over the age of eighteen years and not a party to the within-entitled action. My |
| 5   | business address is Fenwick & West LLP, Bank of America Building, 555 California, Suite 1200, |
| 6   | San Francisco, California 94104. On the date set forth below, I served a copy of the following |
| 7   | document(s): |

- **DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**
- **DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**
- **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Dongxiao Yue                               *Pro Se*
2777 Alvarado Street, Suite C
San Leandro, CA 94577
Telephone: 510.396.0012
Facsimile: 510.291.2237
Email: ydx@netbula.com

☒ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: March 18, 2008                           _____
                                                Reba Williams-Jones

PROOF OF SERVICE                               Case No. 07-05850-MJJ