```
1  DONGXIAO YUE
   2777 ALVARADO ST., SUITE C
2  SAN LEANDRO, CA 94577
   Telephone:    (510) 396-0012
3  Facsimile:    (510) 291-2237
4  E-Mail:       ydx@netbula.com

5  Pro Se
```

FILED
MAR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>    Plaintiff,<br><br>  v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; Michael Melnick, an individual; Julie DeCecco, an individual; Michael P. Abramovitz, an individual; Lisa K. Rady, an individual; Jonathan Schwartz, an individual; and DOES 1-1000, inclusive,<br><br>    Defendants. | Case No. C07-05850-MJJ<br><br>**RE-NOTICE OF PRO SE APPEARANCE**<br><br>**AND**<br><br>**REQUEST FOR CORRECTION OF DOCKET ERROR** |

TO THE CLERK OF THE COURT AND PRESIDING JUDGE:

On February 21, 2008, Plaintiff Dongxiao Yue ("Yue"), then represented by attorney Elena Rivkin, filed a "NOTICE of Substitution of Counsel". Docket No. 47. This substitution made Dongxiao Yue a *Pro Se* plaintiff. Ms. Rivkin no longer represented Dongxiao Yue.

-1-

Case No. C07-05850-MJJ      REQUEST FOR CORRECTING DOCKET

1  However, currently, the docket report on PACER shows Elena Rivkin as a PRO SE 3rd party

2  plaintiff (see attached printout of docket report) and Yue still being represented by Elena Rivkin.

3  Plaintiff respectfully requests the Clerk of the Court or the presiding Judge correct the above

4  errors by

5  (1) changing Yue's representation status to PRO SE;

6  (2) deleting Elena Rivkin as a 3rd party PRO SE plaintiff.

9  Dated: March 10, 2008

11  DONGXIAO YUE (*Pro Se*)

-2-

Case No. C07-05850-MJJ              REQUEST FOR CORRECTING DOCKET

C07-05850-MJJ DOCKET

**CM/ECF**   Query   Reports ▾   Utilities ▾   Logout

*ATTORNEY TO BE NOTICED*

**Defendant**
**Jonathan Schwartz**                           represented by **Albert L. Sieber**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Jedediah Wakefield**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

V.

**Movant**
**Chordiant Software, Inc.**                    represented by **Liwen Arius Mah**
                                                Fenwick & West LLP
                                                555 California Street, Suite 1200
                                                San Francsico, CA 94104
                                                415.875.2300 x2336
                                                Fax: 415.281.1350
                                                Email: lmah@fenwick.com
                                                *ATTORNEY TO BE NOTICED*

**3rd party plaintiff**
**Elena Rivkin**                                represented by **Elena Rivkin**
                                                Rivkin Legal Group
                                                586 N. First Street
                                                Suite 116
                                                San Jose, CA 95112
                                                4085686950
                                                Fax: 4085168058
                                                Email: elena@rivkinlegalgroup.com
                                                PRO SE

| Date Filed | # | Docket Text |
| --- | --- | --- |