IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONGXIAO YUE,

        Plaintiff,

  v.

STORAGE TECHNOLOGY CORPORATION,

        Defendant.

No.   C07-05850 MJJ

**ORDER OF REFERENCE**

     Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the Defendants' Motion for Attorneys' Fees and Costs in the above-captioned case is referred to a Magistrate Judge.

     Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge.  THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR April 22, 2008, IS HEREBY **VACATED**.

**IT IS SO ORDERED.**

Dated:   3/21/2008

                                        MARTIN J. JENKINS
                                        United States District Judge

cc: Wings