# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE, | |
| Plaintiff, | No. C 07-05850 MJJ (EDL) |
| v. | NOTICE OF REFERENCE, TIME AND PLACE OF HEARING |
| STORAGE TECHNOLOGY CORPORATION | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Elizabeth Laporte for resolution of Defendants' Motion to Attorneys' Fees and Costs.

The hearing on Defendants' Motion has been set for **April 22, 2008**, at 9:00 a. m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

The opposition, if not already filed, shall be served and filed no later than April 1, 2008. Any reply to the opposition shall be served and filed no later than April 8, 2008.

## LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

If documents are filed electronically, a paper chambers copy of each electronically filed document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper

Refer.Not

chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

Dated: March 24, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Refer.Not

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE, | Case Number: CV07-05850 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| STORAGE TECHNOLOGY CORPORATION et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dongxiao Yue
2777 Alvarado Street
Suite C
San Leandro, CA 94577

Dated: March 24, 2008

Richard W. Wieking, Clerk
By: Lili M. Harrell, Deputy Clerk