1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:    (415) 875-2300
7  Facsimile:    (415) 281-1350

8  Attorneys for Named Defendants
   SUN MICROSYSTEMS, INC.,
9  MICHAEL MELNICK, JULIE DECECCO,
   MICHAEL P. ABRAMOVITZ,
10 LISA K. RADY, and JONATHAN SCHWARTZ

11 **[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>                Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>                Defendant. | Case No.  C-07-05850-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING VARIOUS MOTIONS** |

STIPULATION AND [PROPOSED]
ORDER RE VARIOUS MOTIONS                                                          C-07-05850-MJJ

1   WHEREAS, Plaintiff Dongxiao Yue ("Plaintiff") has filed three motions in this action
2   ("*Yue-STK*"), a Motion for Disqualification of Assigned Judge ("*Yue-STK* Motion for
3   Disqualification of Judge") [*Yue-STK* Docket No. 58], a Motion to Disqualify Opposing Counsel
4   ("*Yue-STK* Motion to Disqualify Opposing Counsel"), and a Motion for Relief from Judgment
5   Pursuant to Rule 60(b) ("*Yue-STK* Motion for Relief from Judgment");

6   WHEREAS, Plaintiff has noticed a hearing date of April 30, 2008 on both the *Yue-STK*
7   Motion to Disqualify Opposing Counsel and the *STK II* Motion for Relief from Judgment, and
8   such hearing dates have not been vacated by the Court;

9   WHEREAS, Plaintiff has also filed two motions in the related case of *Yue v. Chordiant*
10  *Software, Inc.*, Case No. 08-00019-MJJ (N.D. Cal.) ("*Chordiant*"), a Motion for Disqualification
11  of Assigned Judge ("*Chordiant* Motion for Disqualification of Judge") [*Chordiant* Docket No.
12  37] and a Motion to Disqualify Opposing Counsel ("*Chordiant* Motion to Disqualify Opposing
13  Counsel") [*Chordiant* Docket No. 32];

14  WHEREAS, Plaintiff originally noticed for a hearing date of April 22, 2008 on the
15  *Chordiant* Motion to Disqualify Opposing Counsel, which hearing date was subsequently vacated
16  by the Court [*Chordiant* Docket No. 36];

17  WHEREAS, on March 18, 2008, Defendants Sun Microsystems, Inc., Michael Melnick,
18  Julie DeCecco, Michael Abramovitz, Lisa Rady and Jonathan Schwartz (collectively,
19  "Defendants") filed a Motion for Attorneys' Fees and Costs in this action ("*Yue-STK* Motion for
20  Attorneys' Fees") [*Yue-STK* Docket No. 53], noticing a hearing date of April 22, 2008;

21  WHEREAS, on March 24, 2008, the *Yue-STK* Motion for Attorneys' Fees was referred to
22  Magistrate Judge Laporte for hearing on the originally-scheduled date of April 22, 2008 [*Yue-*
23  *STK* Docket No. 60];

24  WHEREAS, the parties in this action believe that the interests of judicial economy are
25  better served by continuing the hearing on the *Yue-STK* Motion for Attorneys' Fees until after the
26  hearing on the *Yue-STK* Motion to Disqualify Opposing Counsel and the *Yue-STK* Motion for
27  Relief from Judgment;

28  WHEREAS, the parties in this action believe that the interests of judicial economy are

STIPULATION AND [PROPOSED]
ORDER RE VARIOUS MOTIONS            2                            C-07-05850-MJJ

1  better served by consolidating the hearings on the *Yue-STK* Motion to Disqualify Opposing

2  Counsel and the *Chordiant* Motion to Disqualify Opposing Counsel;

3       IT IS THEREFORE STIPULATED AND AGREED by the parties, subject to the Court's

4  approval, that the hearing on the *Yue-STK* Motion for Attorneys' Fees, currently scheduled for

5  April 22, 2008, will be continued to a date after the hearings on the *Yue-STK* Motion to

6  Disqualify Opposing Counsel and the *Yue-STK* Motion for Relief from Judgment, or if the *Yue-*

7  *STK* Motion for Relief from Judgment is referred to Magistrate Judge Laporte, concurrently with

8  hearing on the *Yue-STK* Motion for Relief from Judgment;

9       IT IS FURTHER STIPULATED AND AGREED by the parties, subject to the Court's

10  approval, that the hearing on the *Chordiant* Motion to Disqualify Opposing Counsel is continued

11  until the date of the hearing on *Yue-STK* Motion to Disqualify Opposing Counsel, currently

12  scheduled for April 30, 2008;

13       IT IS FURTHER STIPULATED AND AGREED by the parties, subject to the Court's

14  approval, that the oppositions and replies, if any, to the *Chordiant* Motion to Disqualify Opposing

15  Counsel will be based on the April 30, 2008 hearing date currently set for the *Yue-STK* Motion to

16  Disqualify Opposing Counsel, or such later dates as the Court may set.

Respectfully,

Dated: March 31, 2008                FENWICK & WEST LLP

By: /s/ JEDEDIAH WAKEFIELD
    Jedediah Wakefield

Attorneys for Named Defendants SUN MICROSYSTEMS, INC., MICHAEL MELNICK, JULIE DECECCO, MICHAEL P. ABRAMOVITZ, LISA K. RADY, and JONATHAN SCHWARTZ

Dated: March 31, 2008                By: /S/ DONGXIAO YUE
    Dongxiao Yue

Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

　　　　　　　　　　　　　　　　　　　　　　　　/S/ JEDEDIAH WAKEFIELD
　　　　　　　　　　　　　　　　　　　　　　　　Jedediah Wakefield

25689/00405/LIT/1283029.3

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER RE VARIOUS MOTIONS    5    C-07-05850-MJJ