IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DONGXIAO YUE,**

        Plaintiff(s),

v.

**STORAGE TECHNOLOGY CORPORATION**,

        Defendant(s),
_____/

No.   **C07-05850 MJJ**

      **C08-00019 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

Unfortunately, YOU ARE NOTIFIED THAT the **Motions** hearing scheduled for **April 30, 2008**, before The Honorable Martin J. Jenkins, is **vacated.** A new hearing date and time will be issued upon reassignment of a new judge.

Please resubmit a stipulation to Judge Laporte regarding the Motion for Attorneys' Fee.

Sorry for any inconveniences,

Dated:   April 2, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_*MNarcisse*_____
Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.