LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Named Defendants
SUN MICROSYSTEMS, INC.,
MICHAEL MELNICK, JULIE DECECCO,
MICHAEL P. ABRAMOVITZ,
LISA K. RADY, and JONATHAN SCHWARTZ

**[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>Defendant. | Case No. C-07-05850-MJJ (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR ATTORNEYS' FEES AND COSTS** |

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE     4     C-07-05850-MJJ (EDL)

1  WHEREAS, on March 18, 2008, Defendants Sun Microsystems, Inc., Michael Melnick,
2  Julie DeCecco, Michael Abramovitz, Lisa Rady and Jonathan Schwartz (collectively,
3  "Defendants") filed a Motion for Attorneys' Fees and Costs ("Motion for Attorneys' Fees")
4  [Docket No. 53], which was referred to Magistrate Judge Laporte, and is current scheduled for
5  hearing on the originally-scheduled date of April 22, 2008 [Docket No. 60];

6  WHEREAS, Plaintiff Dongxiao Yue ("Plaintiff") has filed a Motion for Disqualification
7  of Assigned Judge ("Motion for Disqualification of Judge") [Docket No. 58] and a Motion for
8  Relief from Judgment Pursuant to Rule 60(b) ( "Motion for Relief from Judgment")[Docket No.
9  63];

10  WHEREAS, the parties in this action believe that the interests of judicial economy are
11  better served by continuing the hearing on the Motion for Attorneys' Fees until after the hearing
12  on Motion for Relief from Judgment and the Motion for Disqualification of Judge;

13  IT IS THEREFORE STIPULATED AND AGREED by the parties, subject to the Court's
14  approval, that the hearing on the Motion for Attorneys' Fees, currently scheduled for April 22,
15  2008, will be continued to a date after the hearings on the Motion for Relief from Judgment and

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND [PROPOSED]
ORDER RE HEARING DATE            5            C-07-05850-MJJ (EDL)

the Motion for Disqualification of Judge, or if those motions are referred to Magistrate Judge Laporte, concurrently with hearing on those motions.

Dated: April 3, 2008

Respectfully,
FENWICK & WEST LLP

By: /s/ JEDEDIAH WAKEFIELD
      Jedediah Wakefield

Attorneys for Named Defendants SUN MICROSYSTEMS, INC., MICHAEL MELNICK, JULIE DECECCO, MICHAEL P. ABRAMOVITZ, LISA K. RADY, and JONATHAN SCHWARTZ

Dated: April 3, 2008

By: /S/ DONGXIAO YUE
    Dongxiao Yue
    Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

/S/ JEDEDIAH WAKEFIELD<br>Jedediah Wakefield

25689/00405/LIT/1283249.1

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE     5     C-07-05850-MJJ (EDL)