1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA  94104
   Telephone:     (415) 875-2300
7  Facsimile:     (415) 281-1350

8  Attorneys for Named Defendants
   SUN MICROSYSTEMS, INC.,
9  MICHAEL MELNICK, JULIE DECECCO,
   MICHAEL P. ABRAMOVITZ,
10 LISA K. RADY, and JONATHAN SCHWARTZ

11 **[ADDITIONAL PARTY APPEARS ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>               Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>               Defendant. | Case No.  C-07-05850-MJJ (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR ATTORNEYS' FEES AND COSTS** |

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE        4        C-07-05850-MJJ (EDL)

1  WHEREAS, on March 18, 2008, Defendants Sun Microsystems, Inc., Michael Melnick,
2  Julie DeCecco, Michael Abramovitz, Lisa Rady and Jonathan Schwartz (collectively,
3  "Defendants") filed a Motion for Attorneys' Fees and Costs ("Motion for Attorneys' Fees")
4  [Docket No. 53], which was referred to Magistrate Judge Laporte, and is current scheduled for
5  hearing on the originally-scheduled date of April 22, 2008 [Docket No. 60];

6  WHEREAS, Plaintiff Dongxiao Yue ("Plaintiff") has filed a Motion for Disqualification
7  of Assigned Judge ("Motion for Disqualification of Judge") [Docket No. 58] and a Motion for
8  Relief from Judgment Pursuant to Rule 60(b) ( "Motion for Relief from Judgment")[Docket No.
9  63];

10  WHEREAS, the parties in this action believe that the interests of judicial economy are
11  better served by continuing the hearing on the Motion for Attorneys' Fees until after the hearing
12  on Motion for Relief from Judgment and the Motion for Disqualification of Judge;

13  IT IS THEREFORE STIPULATED AND AGREED by the parties, subject to the Court's
14  approval, that the hearing on the Motion for Attorneys' Fees, currently scheduled for April 22,
15  2008, will be continued to a date after the hearings on the Motion for Relief from Judgment and

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE     5     C-07-05850-MJJ (EDL)

the Motion for Disqualification of Judge, or if those motions are referred to Magistrate Judge Laporte, concurrently with hearing on those motions.

Dated: April 3, 2008

Respectfully,
FENWICK & WEST LLP

By: /s/ JEDEDIAH WAKEFIELD
Jedediah Wakefield

Attorneys for Named Defendants SUN MICROSYSTEMS, INC.,
MICHAEL MELNICK, JULIE DECECCO, MICHAEL P. ABRAMOVITZ,
LISA K. RADY, and JONATHAN SCHWARTZ

Dated: April 3, 2008

By: /S/ DONGXIAO YUE
Dongxiao Yue
Plaintiff

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. It is FURTHER ORDERED that the parties shall notify the Court when the hearings on the other pending motions are scheduled.

DATED: April 4, 2008

Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE

5

C-07-05850-MJJ (EDL)

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

/S/ JEDEDIAH WAKEFIELD
Jedediah Wakefield

25689/00405/LIT/1283249.1

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE     5     C-07-05850-MJJ (EDL)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONGXIAO YUE,

        Plaintiff,

  v.

STORAGE TECHNOLOGY CORPORATION
et al,

        Defendant.
                                  /

Case Number: CV07-05850 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dongxiao Yue
2777 Alvarado Street
Suite C
San Leandro, CA 94577

Dated: April 4, 2008

                                                Richard W. Wieking, Clerk

                                                By: Lili M. Harrell, Deputy Clerk