Case No. C07-05850-MJJ (N.D. Cal)

Dongxiao Yue v. Storage Technology Corporation., et al.

**FILED 08 APR -1 PM 2:20**

## CERTIFICATE OF SERVICE

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On April 1, 2008, I caused a copy of the following documents described as:

1) PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

2) NOTICE OF APPEAL

to be served on all interested parties in said cause, by delivering a true copy as follows:

___  **(By Mail)**   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

X   **(By E-Mail)**   By emailing the document(s) listed above in PDF format to the attorneys listed below pursuant to an agreement to service by email:

"Laurence Pulgram" <LPulgram@Fenwick.com>, "Jedediah Wakefield" <JWakefield@Fenwick.com>, "Liwen Mah" <LMah@fenwick.com>
Attorneys for Defendants Storage Technology Corporation, Sun Microsystems, Inc, Jonathan Schwartz, et al.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 1, 2008, at San Leandro, California.

Dongxiao Yue