Dr. DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone:  (510) 396-0012
Facsimile:  (510) 291-2237
E-Mail:  ydx@netbula.com

*Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br>　　　　Plaintiff,<br>　　v.<br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br>　　　　Defendants | Case No. C07-05850-MJJ<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that Dongxiao Yue, *pro se* Plaintiff, hereby appeals to the United States Court of Appeals for the Ninth Circuit from (1) the order relating and reassigning cases entered on January 9, 2008 and backdated to December 14, 2007 (Document No. 19); (2) the order that denied Plaintiff's Motion for Entry of Default entered on February 11, 2008 (Document No. 41); (3) the order that dismissed the 10-count copyright infringement complaint without leave to amend and with prejudice entered on March 4, 2008 (Document No. 51); and (4) final judgment entered on March 4, 2008 (Document No. 52).

-1-

Case No. C07-05850-MJJ　　　　　　　　　　　　　　　　　　　　　　　　NOTICE OF APPEAL

*[signature]*

Dongxiao Yue
2777 Alvarado Street
Suite C
San Leandro, CA 94577

## NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Plaintiff-Appellant, Dongxiao Yue, is unrepresented.

Defendants in this action, Storage Technology Corporation, Sun Microsystems, Inc., Jonathan Schwartz, et al, are represented by the following counsel:

LAURENCE F. PULGRAM
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD
jwakefield@fenwick.com
LIWEN A. MAH
lmah@fenwick.com
Albert Sieber
<ASieber@fenwick.com>,
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Notice of Appeal on the following persons on April 1, 2008:

The parties, by emailing a true copy in PDF format to their attorneys of record, Mr. Laurence Pulgram, Mr. Jedediah Wakefield, Mr. Albert Sieber, Mr. Liwen Mah, in accordance with an agreement on service by email.

*[signature]*

Dongxiao Yue

-2-