LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Named Defendants
SUN MICROSYSTEMS, INC.,
MICHAEL MELNICK, JULIE DECECCO,
MICHAEL P. ABRAMOVITZ,
LISA K. RADY, and JONATHAN SCHWARTZ

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE, <br><br>Plaintiff, <br><br>v. <br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive, <br><br>Defendants. | Case No.  C-07-05850-MJJ (EDL) <br><br>**REPLY DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br>Date:      TBD <br>Time:     TBD <br>Dept:     TBD <br>Judge:   TBD |

I, Jedediah Wakefield, declare as follows:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for named Defendants Sun Microsystems, Inc., Storage Technology Corporation, Michael Melnick, Julie DeCecco,

1   Michael P. Abramovitz, Lisa K. Rady, and Jonathan Schwartz.  I have personal knowledge of the
2   facts set forth in this declaration, and if called to do so I could and would testify competently to
3   the same.

4       2.   In my prior declaration in support of Defendants' Motion for Attorneys' Fees and
5   Costs, I submitted evidence that Defendants had incurred fees and costs in excess of $92,000 in
6   this case.   This included fees for time spent:  (1) reviewing and analyzing the original Complaint
7   and First Amended Complaint filed in this action and assessing potential defenses;
8   (2) participating in case management activities, including preparation of a case management
9   statement, and attending the case management conference; (3) communications with clients,
10  Dr. Yue, and opposing counsel; (4) assessing issues pertaining to service of process on the
11  individual defendants under Colorado and California law; (5) reviewing and responding to
12  Plaintiff's Motion for Entry of Default Judgment; (6) researching, analyzing and drafting
13  Defendants' Motion to Dismiss; (7) reviewing Plaintiff's Opposition to Defendants' Motion to
14  Dismiss and researching and preparing a Reply; (8) reviewing Plaintiff's Motion to Strike and
15  researching and preparing a response; and (9) preparation of the instant motion.

16      3.   Since that time, Defendants have incurred significant additional fees, not only in
17  reviewing Plaintiff's Opposition and preparing the Reply, as anticipated, but in connection with
18  Plaintiff's new filings:  a Motion for Disqualification of Defense Counsel and Motion for Relief
19  from Judgment under Rule 60(b).  Defendants also incurred fees in connection with a stipulation,
20  requested by Plaintiff, to continue the hearing on this motion until after his new motions were
21  decided, and in reviewing and analyzing Plaintiff's Motion for Disqualification of the assigned
22  judge.  These additional fees, which Defendants are continuing to incur, currently exceed
23  $42,000.

24      4.   Attached hereto as <u>Exhibit 1</u> is a spreadsheet containing detailed billing records for
25  time spent and fees and costs incurred after the filing of the Motion for Attorneys' Fees and
26  Costs.  The spreadsheet shows the attorney or paralegal performing the work, the time spent and
27  applicable billing rate, the time billed and resulting fees charged.  These records have been
28  redacted to exclude entries for which Defendants are not seeking fees or costs in this motion.  It

WAKEFIELD DECL. ISO MOTION FOR
ATTORNEYS' FEES AND COSTS      -2-      CASE NO. C-07-05850-MJJ (EDL)

1  has also been redacted to protect confidential attorney-client communications.

2      5.    I expect that Defendants will incur significant additional fees in connection with
3  these pending motions. Defendants expect to submit a further declaration detailing these further
4  fees and expenses.

5      I declare under penalty of perjury that the foregoing is true and correct.

6      Executed in San Francisco on April 8, 2008.

                                                  /s/  JEDEDIAH WAKEFIELD
                                                  Jedediah Wakefield

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WAKEFIELD DECL. ISO MOTION FOR ATTORNEYS' FEES AND COSTS     -3-     CASE NO. C-07-05850-MJJ (EDL)

# EXHIBIT 1

| Attorney | Rate | Hours | Amount | Date | LINE_ITEM_DESCRIPTION |
|---|---|---|---|---|---|
| YUE V. SUN MICROSYSTEMS FEES AND COSTS FROM 03/19/08 - 4/07/08 ||||||
| WAKEFIELD, JEDEDIAH | $605.00 | 0.50 | $302.50 | 20080319 | REVIEW AND ANALZYE ARGUMENTS IN PLAINTIFF'S MOTION TO DISQUALIFY JUDGE JENKINS. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.10 | $60.50 | 20080319 | REVIEW DON YUE REQUEST RE NOTICE OF PRO SE STATUS. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.20 | $121.00 | 20080321 | REVIEW NOTICE OF FILING OF MOTION TO DISQUALIFY JUDGE; REVIEW ORDER OF REFERRAL AND [**REDACTED FOR PRIVILEGE**]. |
| SIEBER, ALBERT | $410.00 | 0.10 | $41.00 | 20080321 | REVIEW AND RESPOND TO CORRESPONDENCE FROM J. WAKEFIELD RE MOTION TO DISQUALIFY JUDGE. |
| PULGRAM, LAURENCE | $690.00 | 0.30 | $207.00 | 20080324 | REVIEW AND CONFER WITH J. WAKEFIELD AND A. SIEBER RE REASSIGNMENT OF ATTORNEYS' FEES MOTION AND REVIEW MATERIAL RE PRIOR DECISIONS ON POINT. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.40 | $242.00 | 20080324 | REVIEW ORDER OF REFERRAL AND SETTING BRIEFING SCHEDULE RE FEES MOTION; RESEARCH AND CONFER WITH MS. DECECCO RE SAME. |
| SIEBER, ALBERT | $410.00 | 0.20 | $82.00 | 20080324 | REVIEW REFERRAL OF ATTORNEYS' FEES MOTION TO MAGISTRATE JUDGE; RESEARCH AND E-MAIL TEAM RE SAME. |
| SIEBER, ALBERT | $410.00 | 0.80 | $328.00 | 20080325 | PHONE CALL TO CLERK RE SCHEDULING OF HEARING DATES ON MOTION TO DISQUALIFY JUDGE; ANALYZE AND CONFER WITH J. WAKEFIELD RE RELATED ISSUES. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.20 | $121.00 | 20080326 | ANALYSIS RE PLAINTIFF'S THREATENED RULE 60(B) MOTION AND REQUEST FOR EXTENSION; PREPARE WRITTEN RESPONSE TO SAME;. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.80 | $484.00 | 20080326 | REVIEW PLAINTIFF'S 60(B) AND DISQUALIFICATION MOTIONS; ANALYSIS RE SCHEDULING ISSUES. |
| SIEBER, ALBERT | $410.00 | 0.50 | $205.00 | 20080326 | REVIEW VOICEMAIL FROM D. YUE RE PROPOSED STIPULATION; RESEARCH AND CONFER WITH J. WAKEFIELD RE SAME. |
| SIEBER, ALBERT | $410.00 | 0.30 | $123.00 | 20080327 | CONFER WITH J. WAKEFIELD RE OPPOSITION TO RULE 60(B) MOTION AND PROPOSED STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR ATTORNEYS' FEES. |
| PULGRAM, LAURENCE | $690.00 | 0.20 | $138.00 | 20080327 | REVIEW RULE 60 MOTION AND EMAILS RE SAME; CONSULT RE STRATEGY FOR ATTORNEYS FEES MOTION AND RULE 60(B) MOTION. |
| WAKEFIELD, JEDEDIAH | $605.00 | 3.90 | $2,359.50 | 20080327 | CONDUCT LEGAL RESEARCH RE MOTION FOR DISQUALIFICATION AND BEGIN OUTLINING RESPONSE TO SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.20 | $121.00 | 20080327 | REVIEW AND RESPOND TO CORRESPONDENCE FROM PLAINTIFF RE SCHEDULING; CALL TO COURT CLERK RE STATUS OF REFERRALS. |
| WAKEFIELD, JEDEDIAH | $605.00 | 0.10 | $60.50 | 20080327 | **[REDACTED FOR PRIVILEGE]** |
| WAKEFIELD, JEDEDIAH | $605.00 | 1.70 | $1,028.50 | 20080328 | FURTHER LEGAL RESEARCH RE DISQUALIFICATION MOTION AND PREPARE CORRESPONDENCE TO NETBULA'S COUNSEL RE SAME. |
| SIEBER, ALBERT | $410.00 | 0.40 | $164.00 | 20080328 | CONFER WITH J. WAKEFIELD RE OPPOSITION TO MOTION TO DISQUALIFY COUNSEL. |

| | | | | | YUE V. SUN MICROSYSTEMS<br>FEES AND COSTS FROM 03/19/08 - 4/07/08 |
|---|---|---|---|---|---|
| **Attorney** | **Rate** | **Hours** | **Amount** | **Date** | **LINE_ITEM_DESCRIPTION** |
| SIEBER, ALBERT | $410.00 | 2.60 | $1,066.00 | 20080329 | RESEARCH CASE LAW RELATED TO RULE 60(B) MOTIONS; BEGIN DRAFTING OPPOSITION TO RULE 60(B) MOTION. |
| WAKEFIELD, JEDEDIAH | $605.00 | 2.00 | $1,210.00 | 20080330 | REVIEW ADDITIONAL AUTHORITIES AND DRAFT ARGUMENTS FOR OPPOSITION TO MOTION FOR DISQUALIFICATION. |
| WAKEFIELD, JEDEDIAH | $605.00 | 4.40 | $2,662.00 | 20080331 | DRAFT AND REVIEW CORRESPONDENCE AND PREPARE DECLARATION AND STIPULATION RE BRIEFING SCHEDULE FOR VARIOUS MOTIONS; PREPARATION OF OPPOSITION TO MOTION FOR DISQUALIFICATION. |
| PULGRAM, LAURENCE | $690.00 | 0.80 | $552.00 | 20080331 | CONFER WITH J WAKEFIELD RE STRATEGY FOR RULE 60(B) MOTION AND FOR OPPOSITIONS TO MOTION TO DISQUALIFY AND MOTION FOR ATTORNEYS FEES; REVIEW STIPULATIONS RE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 4.10 | $2,480.50 | 20080401 | PREPARATION OF OPPOSITION TO MOTION TO DISQUALIFY; CALLS WITH COURT CLERK RE SCHEDULING; REVIEW NOTICE OF APPEAL AND OPPOSITION TO MOTION FOR ATTORNEYS FEES. |
| SIEBER, ALBERT | $410.00 | 0.40 | $164.00 | 20080401 | REVIEW AND ANALYZE OPPOSITION TO MOTION FOR ATTORNEYS' FEES AND NOTICE OF APPEAL; E-MAIL TEAM RE SAME. |
| WAKEFIELD, JEDEDIAH | $605.00 | 2.10 | $1,270.50 | 20080402 | REVIEW ORDER RE HEARING DATES; ANALYSIS RE DISQUALIFICATION MOTION AND FEES MOTION ARGUMENTS. |
| PULGRAM, LAURENCE | $690.00 | 0.50 | $345.00 | 20080402 | REVIEW AND ANALYZE OPPOSITION TO ATTORNEYS FEES MOTION; PROVIDE INPUT REGARDING REPLY. |
| SIEBER, ALBERT | $410.00 | 0.50 | $205.00 | 20080402 | ANALYZE AND CONFER WITH J. WAKEFIELD RE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES. |
| WAKEFIELD, JEDEDIAH | $605.00 | 2.90 | $1,754.50 | 20080403 | ANALYZE ARGUMENTS FOR ATTORNEYS' FEES REPLY; PREPARATION OF OPPOSITION TO MOTION FOR DISQUALIFICATION; PREPARE AND CONFER WITH PLAINTIFF RE STIPULATION TO CONTINUE HEARING DATE. |
| SIEBER, ALBERT | $410.00 | 0.40 | $164.00 | 20080403 | CONFER WITH J. WAKEFIELD RE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES. |
| | | | | | [REDACTED -- FEES NOT SOUGHT] |
| SIEBER, ALBERT | $410.00 | 6.50 | $2,665.00 | 20080405 | RESEARCH AND DRAFT PORTIONS OF REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES; CONFER WITH L. PULGRAM RE SAME. |
| SIEBER, ALBERT | $410.00 | 4.30 | $1,763.00 | 20080406 | RESEARCH, DRAFT AND REVISE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES. |
| SIEBER, ALBERT | $410.00 | 1.30 | $533.00 | 20080406 | RESEARCH ISSUES RELATED TO JURISDICTION FOLLOWING NOTICE OF APPEAL. |
| WAKEFIELD, JEDEDIAH | $605.00 | 4.10 | $2,480.50 | 20080406 | REVIEW AND CONFER WITH MR. SIEBER RE FEES MOTION REPLY; FURTHER RESEARCH AND DRAFTING OF OPPOSITION TO MOTION FOR DISQUALIFICATION. |

| Attorney | Rate | Hours | Amount | Date | LINE_ITEM_DESCRIPTION |
|---|---|---|---|---|---|
| YUE V. SUN MICROSYSTEMS<br>FEES AND COSTS FROM 03/19/08 - 4/07/08 | | | | | |
| SIEBER, ALBERT | $410.00 | 7.60 | $3,116.00 | 20080407 | RESEARCH, DRAFT AND REVISE PORTIONS OF OPPOSITION TO RULE 60(B) MOTION; CONFER WITH J. WAKEFIELD RE SAME; CONFER WITH J. WAKEFIELD RE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND OPPOSITION TO MOTION FOR DISQUALIFICATION |
| WAKEFIELD, JEDEDIAH | $605.00 | 10.40 | $6,292.00 | 20080407 | RESEARCH, DRAFT ARGUMENTS AND CONFER WITH MR. SIEBER AND MR. MAH RE 60(B) OPPOSITION, MOTION FOR ATTORNEYS FEES REPLY, AND OPPOSITION TO MOTION FOR DISQUALIFICATION. |
| SIEBER, ALBERT | $410.00 | 7.00 | $2,870.00 | 20080408 | FURTHER PREPARATION OF REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND OPPOSITION TO 60(B) MOTION |
| WAKEFIELD, JEDEDIAH | $605.00 | 8.40 | $5,082.00 | 20080408 | RESEARCH, DRAFT AND REVISE REPLY IN SUPPORT OF FEES MOTION; PREPARE SUPPORTING DECLARATION IN SUPPORT OF SAME. |
| | Total Fees: | | $42,863.50 | | |