**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC,<br>            Plaintiff(s),<br><br>    v.<br><br>STORAGE TECHNOLOGY<br>CORPORATION ET AL,<br>            Defendant(s).<br>_____/ | No. C 06-07391 JW |
| YUE<br>            Plaintiff(s),<br>    v.<br>STORAGE TECHNOLOGY<br>CORPORATION ET AL,<br>            Defendant(s).<br>_____/ | No. C 07-05850 JW |
| YUE<br>            Plaintiff(s),<br>    v.<br>STORAGE TECHNOLOGY<br>CORPORATION ET AL,<br>            Defendant(s). | No. C 08-00019 JW<br><br>CLERK'S NOTICE SETTING CASE<br>MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to recent case reassignment, a Case Management Conference has been set before Judge James Ware on **May 5, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement by **April 25, 2008.**

Dated: April 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Elizabeth C Garcia*
Elizabeth Garcia, Courtroom Deputy