UNITED STATES DISTRICT COURT
Northern District of California
280 S. First Stree, Room 2112
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408. 535.5364

April 16, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05850 JW**

**CASE TITLE: Yue-v-Storage Technology Corporation**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the **Notice of Appeal** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

    Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 16, 2008

**CASE INFORMATION:**
Short Case Title: Yue-v- Storage Technology Corporation
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Judge Martin J. Jenkins
Criminal and/or Civil Case No.: CV 07-05850 JW
Date Complaint/Indictment/Petition Filed: 11/19/07
Date Appealed order/judgment *entered* 3/4/08
Date NOA *filed* 4/1/08
Date(s) of Indictment          Plea Hearing                    Sentencing

COA Status (check one):   ☐ granted in full (attach order)     ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: Sahar McVickar 415/626-6060

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 4/1/08
Date FP granted:
Is FP pending? ☐ yes ☐ no
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

Date Docket Fee Billed:
Date FP denied:
Was FP limited ☐? Revoked ☐?

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                  Appellee Counsel:
see docket sheet                    see docket sheet

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:           9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Sheila Rash
(415) 522-2099