1  DONGXIAO YUE
   2777 ALVARADO ST., SUITE C
2  SAN LEANDRO, CA 94577
   Telephone:   (510) 396-0012
3  Facsimile:   (510) 291-2237
4  E-Mail:      ydx@netbula.com

5  *Pro Se*

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONGXIAO YUE, | Case No. C07-05850-JW |
|---|---|
| Plaintiff, | **AMENDED NOTICE OF PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL (DOCUMENT NO. 65)** |
| v. | |
| Storage Technology Corporation, et al., | [Civil Local Rule 11-4, 11-6] |
| Defendants. | |

Case No. C07-05850-JW

AMENDED NOTICE
MOTION TO DISQUALIFY DEFENSE COUNSEL

**TO ALL DEFENDANTS AND THEIR COUNSEL**

PLEASE NOTICE that on June 9, 2008 at 9:00 AM (or other time set by the Court) in Courtroom 8, 4th Floor at the San Jose Division of the Northern District of California before Honorable James Ware, Plaintiff Dongxiao Yue will and does move for a Court Order to disqualify defense counsel Fenwick & West, LLP and Laurence Pulgram.

This motion is based on Plaintiff's Motion to Disqualify Counsel and Supporting Declaration (Docket No. 65) filed on March 26, 2008, and Plaintiff's Consolidated Reply Brief in Support of Motion to Disqualify Defense Counsel, Declaration of Dongxiao Yue dated April 17, 2008, Declaration of Vonnah M. Brillet dated April 15, 2008 (being filed concurrently), and other oral and written submissions the Court may entertain.

Dated: April 17, 2008

DONGXIAO YUE (*Pro Se*)

Case No. C07-05850-JW

AMENDED NOTICE
MOTION TO DISQUALIFY DEFENSE COUNSEL