Case Nos. C08-0019-JW, C07-05850-JW (N.D. Cal)

Dongxiao Yue v. Chordiant Software, Inc., et al.
Dongxiao Yue v. Storage Technology Corp., et al.

**FILED**
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CERTIFICATE OF SERVICE

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On April 17, 2008, I caused a copy of the following documents described as:

1) PLAINTIFF'S CONSOLIDATED REPLY IN SUPPORT OF MOTION TO DISQUALIFY DEFENSE COUNSEL FENWICK & WEST, LLP

2) DECLARATION OF DONGXIAO YUE IN SUPPORT OF REPLY BRIEF FOR MOTION TO DISQUALIFY DEFENSE COUNSEL

3) DECLARATION OF VONNAH M. BRILLET IN SUPPORT OF DISQUALIFICATION OF DEFENSE COUNSEL

4) RE-NOTICE OF PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL (DOCUMENT NO. 32) in the C08-0019-JW case.

5) RE-NOTICE OF PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL (DOCUMENT NO. 65) in the related C07-05850-JW case.

to be served on all interested parties in said cause, by delivering a true copy as follows:

____ **(By Mail)** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

X **(By E-Mail)** By emailing the document(s) listed above in PDF format to the attorneys listed below pursuant to an agreement to service by email:

"Laurence Pulgram" <LPulgram@Fenwick.com>, "Jedediah Wakefield" <JWakefield@Fenwick.com>, "Liwen Mah" <LMah@fenwick.com>
Attorneys for Chordiant Software, Inc. (C08-0019-JW) and Storage Technology Corporation, Sun Microsystems, Inc, Jonathan Schwartz (C07-05850-JW), et al.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 17, 2008, at San Leandro, California.

_____
Dongxiao Yue