**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YUE,

        Plaintiff(s),

  v.

CHORDIANT SOFTWARE, INC., ET AL,

        Defendant(s).

YUE

        Plaintiff(s),

v.

STORAGE CRAFT TECHNOLOGY CORPORATION INC, ET AL

        Defendant(s).
_____/

No. C 08-00019 JW

No. C 07-05850 JW

SECOND CLERK'S NOTICE CONTINUING MOTIONS FOR HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the following:

1. In C 07-05850 JW and C 08-0019 JW, Plaintiff's Motion to disqualify defense counsel Fenwick & West, LLP and Laurence Pulgram and

2. In C 08-0019 JW, Defendant Oliver Wilson's Motion to Dismiss for Lack of Personal Jurisdiction and Defendant Chordiant Software Inc and Derek P. Witte, Steven R. Springsteel, Oliver Wilson's Motion to Dismiss or Motion to Strike before Judge James Ware previously noticed for June 9, 2008 at 9:00 AM has been reset to **July 7, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

    The Court notes that the Plaintiff's Motion for Relief from Judgment in C 07-05850 JW has not be renoticed to be heard before Judge Ware. If Plaintiff intends to renotice this motion before Judge Ware on the July 7, 2008 hearing date, the motion should be refiled in accordance to the Local Rules of Civil Procedure.

Dated: April 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk
by: _____/s/_____
    Elizabeth Garcia
    Courtroom Deputy