RECEIVED

APR 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

April 16, 2008

RECEIVED
CATHY A. CATTERSON, CLERK
U. S. COURT OF APPEALS

APR 17 2008

FILED_____
DOCKETED_____
DATE        INITIAL

## CASE INFORMATION:

Short Case Title: Yue -v- Storage Technology Corporation
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Judge Martin J. Jenkins
Criminal and/or Civil Case No.: CV 07-05850 JW
Date Complaint/Indictment/Petition Filed: 11/19/07
Date Appealed order/judgment *entered* 3/4/08
Date NOA *filed* 4/1/08

08-15927

Date(s) of Indictment              Plea Hearing                        Sentencing

COA Status (check one):     ☐ granted in full (attach order)        ☐ denied in full (send record)
                            ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: Sahar McVickar 415/626-6060

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 4/1/08
Date FP granted:
Is FP pending? ☐ yes  ☐ no
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

Date Docket Fee Billed:
Date FP denied:
          Was FP limited ☐?  Revoked ☐?

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                    Appellee Counsel:
see docket sheet                      see docket sheet

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                       9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Sheila Rash
                                                    (415) 522-2099