Case No. C07-05850-JW (N.D. Cal)

Dongxiao Yue v. Storage Technology Corp., et al.

## CERTIFICATE OF SERVICE

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On April 30, 2008, I caused a copy of the following documents described as:

1) PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FRCP 60(b)

2) DECLARATION OF DONGXIAO YUE IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FRCP 60(b) (REFILED)

3) NOTICE OF MOTION AND MOTION FOR CONSIDERATION OF PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FRCP 60(b)

4) TRANSCRIPT DESIGNATION AND ORDERING FORM (FOR APPEAL)

to be served on all interested parties in said cause, by delivering a true copy as follows:

_____ **(By Mail)**    By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

X    **(By E-Mail)**   By emailing the document(s) listed above in PDF format to the attorneys listed below pursuant to an agreement to service by email:

"Laurence Pulgram" <LPulgram@Fenwick.com>, "Jedediah Wakefield" <JWakefield@Fenwick.com>, "Liwen Mah" <LMah@fenwick.com>
Attorneys for Storage Technology Corporation, Sun Microsystems, Inc, Jonathan Schwartz, et al.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 30, 2008, at San Leandro, California.

Dongxiao Yue