UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  May 5, 2008**  **Court Reporter: Not Reported**
**Case No.: C-06-07391 JW**  **Interpreter: N/A**
**Related Case No.:**
   **C-07-05850 JW** Dongxiao Yue v. Storage Technology Corporation
   **C-08-0019 JW**  Dongxiao Yue v. Chordiant Software Inc et al

## TITLE

Netbula LLC v. Storage Technology Corporation et al

**Attorney(s) for Plaintiff(s)**: Antonio Cortes (Nebula), Dongxiao Yue (pro per)
**Attorney(s) for Defendant(s)**: Laurence Pulgram, Jedediah Wakefield, David Eiseman (IBM)

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held off record and in chambers.  The Court advanced all motion hearings set for July 7, 2008 at 9:00 AM to June 30, 2008 at 9:00 AM.  The Court set a Further Case Management Conference for June 30, 2008 at 10:00 AM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: