1   LAURENCE F. PULGRAM (CSB NO. 115163)
    *lpulgram@fenwick.com*
2   JEDEDIAH WAKEFIELD (CSB NO. 178058)
    *jwakefield@fenwick.com*
3   LIWEN A. MAH (CSB NO. 239033)
    *lmah@fenwick.com*
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, CA 94104
    Telephone:    (415) 875-2300
6   Facsimile:    (415) 281-1350

7   Attorneys for Named Defendants
    SUN MICROSYSTEMS, INC.,
8   MICHAEL MELNICK, JULIE DECECCO,
    MICHAEL P. ABRAMOVITZ,
9   LISA K. RADY, and JONATHAN SCHWARTZ

**GRANTED**

*James Ware*

Judge James Ware

5/14/2008

10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15   DONGXIAO YUE,                          Case No.  C-07-05850-JW (EDL)

16              Plaintiff,

17        v.                                **ORDER REGARDING**
                                            **NOTICE OF CHANGE IN COUNSEL**
18   STORAGE TECHNOLOGY CORPORATION,
     a Delaware corporation; SUN
19   MICROSYSTEMS, INC., a Delaware
     corporation; MICHAEL MELNICK, an
20   individual; JULIE DECECCO, an individual;
     MICHAEL P. ABRAMOVITZ, an individual;
21   LISA K. RADY, an individual; JONATHAN
     SCHWARTZ, an individual; and DOES 1-1000,
22   inclusive,

23              Defendants.

24

25   ///

26   ///

27   ///

28   ///

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2           PLEASE TAKE NOTICE that effectively immediately Albert L. Sieber should be

3    removed from the e-mail notification as he is no longer with the firm of Fenwick & West LLP.

4    Dated: May 9, 2008                        FENWICK & WEST LLP

5

6                                              By:   /S/ JEDEDIAH WAKEFIELD

7                                                     Jedediah Wakefield

8                                              Attorneys for Named Defendants
                                               SUN MICROSYSTEMS, INC.,
                                               MICHAEL MELNICK, JULIE DECECCO,
9                                              MICHAEL P. ABRAMOVITZ,
                                               LISA K. RADY, and JONATHAN SCHWARTZ
10

11

12   **\*\*\* IT IS SO ORDERED**

13   Albert L. Sieber shall be removed as counsel of record and from the e-mail notification list for defendants
     Sun Microsystems Inc., Michael Melnick, Julie DeCecco, Michael P. Abramovitz, Lisa K. Rady, Jonathan
14   Schwartz.

15   Dated: May 14, 2008

16                                                     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO