**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONGXIAO YUE,

      Plaintiff,

      v.

STORAGE TECHNOLOGY CORPORATION, et al.,

      Defendants.
_____/

No. 07-05850 JW (EDL)

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion for Attorneys' Fees and Costs, document 53, has been set for **July 22, 2008 at 9:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: May 13, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

YUE et al,

        Plaintiff,

  v.

STORAGE TECHNOLOGY CORPORATION et al,

        Defendant.

Case Number: CV07-05850 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Dongxiao Yue**
2777 Alvarado Street, Suite C
San Leandro, CA 94577

Dated: May 14, 2008

                                  Richard W. Wieking, Clerk

                                  By: Lili M. Harrell, Deputy Clerk