1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
4  FENWICK & WEST LLP
   555 California Street, Suite 1200
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Named Defendants
   SUN MICROSYSTEMS, INC.,
8  MICHAEL MELNICK, JULIE DECECCO,
   MICHAEL P. ABRAMOVITZ, LISA K. RADY,
9  JONATHAN SCHWARTZ, CHORDIANT
   SOFTWARE, INC., DEREK P. WITTE,
10 STEVEN R. SPRINGSTEEL, and OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>             Plaintiff,<br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>             Defendants. | Case No. C-07-05850-JW and<br>Case No. C-08-00019-JW<br><br>**DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF DEFENDANTS' CONSOLIDATED MOTION FOR ADMINISTRATIVE RELIEF TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY DEFENSE COUNSEL**<br><br>Date:       June 30, 2008<br>Time:       9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:      Honorable James Ware |
| DONGXIAO YUE,<br><br>             Plaintiff,<br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>             Defendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Jedediah Wakefield, declare as follows:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for named Defendants in the above-captioned matters. I have personal knowledge of the facts set forth in this declaration, and if called to do so I could and would testify competently to the same.

2. On June 2, 2008, I provided Plaintiff with a draft copy of the supplemental brief that Defendants proposed to file, and inquired if he would stipulate to it being filed. Yue did not agree my proposed stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of June, 2008, at San Francisco, California

          /s/ JEDEDIAH WAKEFIELD
          Jedediah Wakefield

25689/00405/LIT/1286024.1

WAKEFIELD DECL. ISO MAR TO FILE SUR-REPLY IN OPPOSITION TO MOTION FOR DISQUALIFICATION — -2- — CASE NO. C-07-05850-JW and CASE NO. C-08-00019-JW