UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dongxiao Yue<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Storage Technology Corporation et al<br>　　　　　Defendant(s).<br>_____/ | No. C 07-05850 JW |
| Dongxiao Yue<br>　　　　　Plaintiff(s),<br><br>v.<br><br>Chordiant Software, Inc., et al<br>　　　　　Defendant(s).<br>_____/ | No. C 08-0019 JW<br><br>CLERK'S NOTICE COORDINATION OF MOTIONS |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the following motions are to be heard on **June 30, 2008 at 9:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

1. Plaintiff's Motion to disqualify defense counsel Fenwick & West, LLP and Laurence Pulgram [Docs. in 08-0019 JW, 47 (renoticed motion), 32(originial motion). Docs in 07-5058 JW, 83 (renoticed motion), 65 (original motion)]

2. Defendants' Motions to Dismiss or Motion to Strike [Docs. in C 08-0019 45 and 46 (renoticed motions) 20, 29 (original motions)]

3. Plaintiff's Motion to Disqualify Judge [Doc. 63 in 07-05850(original motion)]

4. Plaintiff' Yue's Motion for Relief from Judgment Pursuant to FRCP 60(b) [Doc. 95 in 07-5850)]

Dated: June 24, 2008

　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　by:　____/s/____
　　　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Dongxiao Yue

          Plaintiff(s),

v.

Storage Technology Corporation et al
          Defendant(s).

_____/

Case Number: CV07-05850 JW

No. C 08-0019 JW

**CERTIFICATE OF SERVICE**

Dongxiao Yue

          Plaintiff(s),

v.

Chordiant Software, Inc., et al

          Defendant(s).

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dongxiao Yue
2777 Alvarado Street, Suite C
San Leandro, CA 94577

Dated: June 24, 2008

Richard W. Wieking, Clerk

By: Elizabeth C. Garcia, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Dongxiao Yue

        Plaintiff(s),

v.

Storage Technology Corporation et al

        Defendant(s).

_____/

Dongxiao Yue

        Plaintiff(s),

v.

Chordiant Software, Inc., et al

        Defendant(s).

_____/

Case Number: CV07-05850 JW

No. C 08-0019 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dongxiao Yue
2777 Alvarado Street, Suite C
San Leandro, CA 94577

Dated: June 24, 2008

Richard W. Wieking, Clerk

_____
By: Elizabeth C. Garcia, Deputy Clerk