LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Named Defendants
SUN MICROSYSTEMS, INC.,
MICHAEL MELNICK, JULIE DECECCO,
MICHAEL P. ABRAMOVITZ, LISA K. RADY,
JONATHAN SCHWARTZ, CHORDIANT
SOFTWARE, INC., DEREK P. WITTE,
STEVEN R. SPRINGSTEEL, and OLIVER WILSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>　　Plaintiff,<br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>　　Defendants. | Case No. C-07-05850-JW and<br>Case No. C-08-00019-JW<br><br>**DECLARATION OF LAURENCE F. PULGRAM IN OPPOSITION TO MOTION TO DISQUALIFY DEFENSE COUNSEL**<br><br>Date:　　　June 30, 2008<br>Time:　　　9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:　　　Honorable James Ware |
| DONGXIAO YUE,<br><br>　　Plaintiff,<br>v.<br><br>CHORDIANT SOFTWARE, INC., a Delaware corporation; DEREK P. WITTE, an individual; STEVEN R. SPRINGSTEEL, an individual; and OLIVER WILSON, an individual,<br><br>　　Defendants. | |

I Laurence F. Pulgram, declare as follows:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Fenwick & West LLP ("Fenwick"). I have personal knowledge of the facts set forth in this declaration, and if called to do so I could and would testify competently to the same.

2. Plaintiff claims that Fenwick should be "vicariously disqualified" because in 2002, Claude Stern, then a Fenwick partner, served as an evaluator in an Early Neutral Evaluation ("ENE") in a case Netbula had brought against Distinct Corporation. Neither I nor, to my knowledge, anyone who has worked on *Yue v. Storage Technology* case, the *Yue v. Chordiant* case, or the other cases in which Fenwick has represented defendants in copyright lawsuits brought by Dr. Yue or Netbula, performed any work in connection with the *Netbula v. Distinct* ENE, or had any communications with Mr. Stern relating to that matter prior to his departure from Fenwick in 2003. Since then, neither I nor, to my knowledge, anyone else at Fenwick has had any communications with Mr. Stern relating to the ENE, with the sole exception that after Yue raised the disqualification issue, (1) Fenwick sent a letter requesting that Mr. Stern preserve any files he might have relating to the ENE (I understand from his declaration that he did not have any such files), and (2) I understand that Fenwick's general counsel and Mr. Stern communicated regarding the content of Mr. Stern's declaration on this motion.

3. Neither I nor anyone at Fenwick working on the cases against Netbula and Dr. Yue have accessed any records relating to the ENE, which I understand were transferred out of Fenwick's possession years before we began defending against Netbula and Yue's claims.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3d day of June, 2008, at San Francisco, California.

_____
Laurence F. Pulgram

25689/00405/LIT/1286172.2