1  ELENA RIVKIN FRANZ (CSB NO. 247387)
   FRANZ LAW OFFICE
2  160 W. Santa Clara Street
   Tenth Floor, Suite 1050
3  San Jose, CA  95113
   Telephone: (408) 279-2662
4  Facsimile: (408) 279-2698

5

6  Attorney for Plaintiff
   DONGXIAO YUE

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  DONGXIAO YUE, an individual           )   **CASE NO. C-07-05850-JW**
                                          )
12              Plaintiff,                )
                                          )
13                                        )
                                          )   **[PROPOSED] ORDER GRANTING**
14         vs.                            )   **SUBSTITUTION OF COUNSEL**
                                          )
15  STORAGE TECHNOLOGY CORPORATION,)
    a Delaware Corporation; SUN           )
16  MICROSYSTEMS, INC., a Delaware        )
    Corporation; MICHAEL MELNICK, an      )
17  individual; JULIE DECECCO, an individual;)
    and MICHAEL ABRAMOVITZ; an individual;)
18  LISA K. RADY, an individual; JONATHAN )
    SCHWARTZ, an Individual; and DOES 1   )
19  through 1000, inclusive,              )
                                          )
20              Defendants.               )
                                          )
21  _____ )

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SUBSTITUTION          CASE NO. C-07-05850-MJJ
OF COUNSEL

1

2  Based upon the Substitution of Counsel filed on February 21, 2008, Docket No. 47, and the Motion

3  to substitute Elena Rivkin [Franz] as Attorney for Plaintiff Dongxiao Yue and Request to Change

4  Yue's Representation Status to Pro Se filed on March 10, 2008, Docket No. 65, this Court hereby

5  GRANTS this Order Substituting Dongxiao Yue as new counsel of record, *in propria persona*, and

6  allows Elena Rivkin Franz to withdraw as counsel of record.

7

8  IT IS SO ORDERED.

9

10  Dated: _____      _____

11                                                           Honorable James Ware
United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SUBSTITUTION                    CASE NO. C-07-05850-MJJ
OF COUNSEL