United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netbula, LLC, et al., | NO. C 06-07391 JW |
|     Plaintiff, | NO. C 07-05850 JW |
| v. | NO. C 08-00019 JW |
| Storage Technology Corporation, et al., | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
|     Defendants. | |
| ─────────────────────────── | |
| Dongxiao Yue | |
|     Plaintiff, | |
| v. | |
| Storage Technology Corporation, et al., | |
|     Defendants. | |
| ─────────────────────────── | |
| Dongxiao Yue | |
|     Plaintiff, | |
| v. | |
| Chordiant Software, Inc., et al., | |
|     Defendants. | |
| ─────────────────────────── | |

On June 30, 2008, the Court conducted a Case Management Conference for the above captioned related cases. Counsel for Defendants and *pro se* Plaintiff, Dr. Yue were present. Counsel for Plaintiff Netbula, LLC ("Netbula") was absent. Due to the absence of Counsel for

Netbula as well as issues regarding jurisdiction raised by the motions currently pending before the Court, no schedule was set for further proceedings in any of the above captioned cases.

The Court sets a Further Case Management Conference for **September 15, 2008 at 10 a.m.** to set schedules for Case Nos. 06-7391-JW and 08-0019-JW. On or before **September 5, 2008**, the parties shall submit a Joint Case Management Statement.

Dated:  July 2, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert L. Sieber asieber@fenwick.com
Antonio Luis Cortes corteslaw@comcast.net
David Eiseman davideiseman@quinnemanuel.com
David M. Lacy Kusters dlacykusters@fenwick.com
Elena Rivkin Franz ELENA@RIVKINLEGALGROUP.COM
Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com
Rachel Heather Smith rachelsmith@quinnemanuel.com
Stacy Marie Monahan stacymonahan@quinnemanuel.com
Stephanie Powers Skaff sskaff@fbm.com
Vonnah M Brillet brilletlaw@yahoo.com

Dongxiao Yue
2777 Alvarado Street, Suite C
San Leandro, CA 94577


**Dated:  July 2, 2008**                                            **Richard W. Wieking, Clerk**


                                                                     **By:   /s/ JW Chambers                        **
                                                                              **Elizabeth Garcia**
                                                                              **Courtroom Deputy**