Case No. C07-05850-JW-EDL (N.D. Cal)

Dongxiao Yue v. Storage Technology Corp., et al.

FILED
2008 JUL 16 P 2: 28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## CERTIFICATE OF SERVICE

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On July 8, 2008, I caused a copy of the following documents described as:

1) PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS (DOCKET NO. 53) FOR FAILURE TO COMPLY WITH CIVIL LOCAL RULE 54-6

2) DECLARATION OF DONGXIAO YUE IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS (DOCKET NO. 53) FOR FAILURE TO COMPLY WITH CIVIL LOCAL RULE 54-6

to be served on all interested parties in said cause, by delivering a true copy as follows:

**X** **(By Mail)** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below:

JEDEDIAH WAKEFIELD
555 CALIFORNIA STR, STE 1200
San Francisco, CA 94104-1515

**X** **(By E-Mail)** By emailing the document(s) listed above in PDF format to the attorneys listed below pursuant to an agreement to service by email:

"Laurence Pulgram" <LPulgram@Fenwick.com>, "Jedediah Wakefield" <JWakefield@Fenwick.com>, "Liwen Mah" <LMah@fenwick.com>
Attorneys for Storage Technology Corporation, Sun Microsystems, Inc, Jonathan Schwartz, et al.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 8, 2008, at San Leandro, California.

_Dongxiao Yue_
Dongxiao Yue