UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                        Date:  **July 22, 2008**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     **C-07-05850 JW (EDL)**

**Title:**     DONGXIAO YUE v.  STORAGE TECHNOLOGY CORPORATION ET AL

**Attorneys:**     Plaintiff:  Dongxiao Yue     Defendant: Jedediah Wakefield

**Deputy Clerk:**     Lili M. Harrell          **Court Reporter:**   Sahar McVickar
                                                (Time: 15 min )

| PROCEEDINGS: | RULINGS: |
|---|---|
| Defendants' Motion for Attorneys' Fees & Costs | Submitted |
| Plaintiff's Motion to Strike Defendants' Motion for Fees | Submitted |

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:

cc: