LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Named Defendants
SUN MICROSYSTEMS, INC.,
MICHAEL MELNICK, JULIE DECECCO,
MICHAEL P. ABRAMOVITZ,
LISA K. RADY, and JONATHAN SCHWARTZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONGXIAO YUE,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; MICHAEL MELNICK, an individual; JULIE DECECCO, an individual; MICHAEL P. ABRAMOVITZ, an individual; LISA K. RADY, an individual; JONATHAN SCHWARTZ, an individual; and DOES 1-1000, inclusive,<br><br>Defendants. | Case No.  C-07-05850-MJJ (EDL)<br><br>**SUPPLEMENTAL DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:     July 22, 2008<br>Time:    9:00 a.m.<br>Dept:    Courtroom E, 15ht Floor<br>Judge:   Hon. Elizabeth D. Laporte |

I, Jedediah Wakefield, declare as follows:

1.  I am an attorney admitted to practice before this Court, and I am a partner at the law firm of Fenwick & West LLP ("Fenwick"), counsel for named Defendants Sun

1  Microsystems, Inc., Storage Technology Corporation, Michael Melnick, Julie DeCecco,
2  Michael P. Abramovitz, Lisa K. Rady, and Jonathan Schwartz. I have personal knowledge of the
3  facts set forth in this declaration, and if called to do so I could and would testify competently to
4  the same.

5      2. In my prior declarations in support of Defendants' Motion for Attorneys' Fees and
6  Costs (Dkts. 54 and 75), I submitted evidence that Defendants had incurred fees and costs in
7  excess of $134,000 in the defense of this case. My last declaration detailing these fees was filed
8  on April 8, 2008. In the three and a half months since then, Defendants have been required to
9  incur significant additional fees in the defense of this lawsuit. Through July 22, 2008,
10 Defendants' additional fees in this action exceed $87,000, and include time spent (1) meeting and
11 conferring with plaintiff and preparing a joint case management conference statement; (2)
12 preparing for and traveling to a case management conference in the Court's San Jose Division; (3)
13 preparing a supplemental brief to respond to arguments and assertions raised in Plaintiff's reply in
14 support of his motion for disqualification of counsel; (4) preparing an administrative motion to
15 file the supplemental brief in opposition to Plaintiff's disqualification motion (which was
16 granted); (5) opposing Plaintiff's administrative motion to take counsel's depositions (which was
17 denied); (6) responding to Plaintiff's correspondence following the denial of that motion, in
18 which Plaintiff stated that he would proceed with depositions in this case; (7) responding to
19 Plaintiff's supplemental brief regarding his motion to disqualify the assigned judge; (8)
20 responding to Plaintiff's claim that Defendants had violated a protective order and that Plaintiff
21 would seek sanctions; (9) responding to Plaintiff's threat to seek sanctions if Defendants did not
22 stipulate to have the case remanded from the Ninth Circuit; (10) reviewing Plaintiff's June 26,
23 2008 supplemental brief and declaration in support of his motion for disqualification of counsel;
24 (11) preparing for, traveling to San Jose, and attending the June 30, 2008 hearing on the motion
25 for disqualification of counsel, motion for disqualification of the assigned judge, motion for relief
26 from judgment, as well as a further case management conference that morning; (12) reviewing
27 and preparing an opposition and to Plaintiff's motion to strike Defendants' motion for attorneys'
28 fees, and (13) preparing for and attending the July 22, 2008 hearing on the motion for attorneys'

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| 1 | fees and motion to strike. |
| 2 | 3. Attached hereto as <u>Exhibit 1</u> is a spreadsheet containing detailed billing records for |
| 3 | time spent and fees incurred from April 9, 2008 (the day after my last declaration detailing |
| 4 | Defendants' fees) through July 22, 2008. The spreadsheet shows the attorney or paralegal |
| 5 | performing the work, the time spent and applicable billing rate, the time billed and resulting fees |
| 6 | charged. These records have been redacted to exclude entries for which Defendants are not |
| 7 | seeking fees or costs in this motion. It has also been redacted to protect attorney work product |
| 8 | and privileged communications. |
| 9 | I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 10 | true and correct. |
| 11 | Executed in San Francisco on July 23, 2008. |

/s/ JEDEDIAH WAKEFIELD
Jedediah Wakefield

25689/00405/LIT/1288815.1

WAKEFIELD DECL. ISO MOTION FOR ATTORNEYS' FEES AND COSTS — -3- — CASE NO. C-07-05850-MJJ (EDL)

# EXHIBIT 1

| ATTORNEY OR PARALEGAL | Date | Hours | Rate | Amount | Line Item Description |
|---|---|---|---|---|---|
| | | | | | YUE V. SUN MICROSYSTEMS FEES FROM 4/09/08 - 7/22/08 |
| JEDEDIAH WAKEFIELD | 04/09/2008 | 0.20 | 605.00 | 121.00 | REVIEW NOTICE OF ASSIGNMENT AND CONFER WITH LIWEN MAH RE FOLLOW UP WITH CLERK RE ERROR IN SAME. |
| ALBERT SIEBER | 04/09/2008 | 10.40 | 410.00 | 4,264.00 | RESEARCH, DRAFT AND REVISE OPPOSITIONS TO MOTIONS FOR RELIEF FROM JUDGMENT AND TO DISQUALIFY OPPOSING COUNSEL; CONFER WITH J. WAKEFIELD AND ASSIST IN ALL ASPECTS OF FILING OF SAME. |
| JEDEDIAH WAKEFIELD | 04/09/2008 | 11.30 | 605.00 | 6,836.50 | ANALYZE, REVIEW AND DRAFT OPPOSITIONS TO RULE 60(B) MOTION, MOTION FOR DISQUALIFICATION; AND DECLARATION IN SUPPORT OF SAME. |
| ALBERT SIEBER | 04/10/2008 | 0.30 | 410.00 | 123.00 | CONFER WITH J. PHAN RE SERVICE AND CHAMBER'S COPIES OF MOTIONS; REVIEW CERTIFICATE OF SERVICE RE SAME. |
| JEDEDIAH WAKEFIELD | 04/14/2008 | 0.20 | 605.00 | 121.00 | REVIEW STANDING ORDER AND CALENDAR INFORMATION FOR RE-NOTICING OF MOTIONS AFTER REASSIGNMENT. |
| LAURENCE PULGRAM | 04/16/2008 | 0.10 | 690.00 | 69.00 | EMAILS RE RESPONSE TO YUE INQUIRIES ABOUT DISQUALIFICATION MOTION. |
| JEDEDIAH WAKEFIELD | 04/16/2008 | 0.20 | 605.00 | 121.00 | REVIEW CORRESPONDENCE FROM PLAINTIFF RE SCHEDULING AND MOTIONS. |
| JAMES PHAN | 04/17/2008 | 0.20 | 250.00 | 50.00 | ASSIST IN PREPARATION OF RESPONSE TO DISQUALIFICATION MOTION. |
| JEDEDIAH WAKEFIELD | 04/17/2008 | 0.90 | 605.00 | 544.50 | REVIEW RECENT AUTHORITY RE ATTORNEYS' FEES; [REDACTED FOR ATTORNEY WORK PRODUCT] REVIEW REPLY PAPERS REGARDING DISQUALIFICATION. |
| JEDEDIAH WAKEFIELD | 04/18/2008 | 2.10 | 605.00 | 1,270.50 | REVIEW AND ANALYZE ARGUMENTS AND EVIDENCE IN SUPPORT OF MOTION FOR DISQUALIFICATION; RESEARCH [REDACTED FOR ATTORNEY WORK PRODUCT] RE SAME. |
| LIWEN MAH | 04/21/2008 | 0.20 | 365.00 | 73.00 | DRAFT CASE MANAGEMENT STATEMENT. |
| LAURENCE PULGRAM | 04/21/2008 | 0.30 | 690.00 | 207.00 | CONFER WITH J WAKEFIELD RE DISQUALIFICATION ISSUES; PROTECTIVE ORDER AND APPEAL SCHEDULING. |
| JEDEDIAH WAKEFIELD | 04/21/2008 | 1.40 | 605.00 | 847.00 | ANALYSIS RE SUPPLEMENTAL BRIEFING RE MOTION FOR DISQUALIFICATION. |
| LAURENCE PULGRAM | 04/23/2008 | 0.30 | 690.00 | 207.00 | TEAM MEETING AND CONFER WITH J WAKEFIELD RE CMC AND ATTORNEYS' FEES MOTION AND TEAM MEETING RE SAME. |
| ALBERT SIEBER | 04/23/2008 | 0.70 | 410.00 | 287.00 | CONFER WITH TEAM RE UPCOMING CASE MANAGEMENT CONFERENCE AND RELATED ISSUES; REVIEW AND RESPOND TO CORRESPONDENCE FROM J. WAKEFIELD RE ISSUES RELATED TO ATTORNEYS' FEES MOTION. |
| JEDEDIAH WAKEFIELD | 04/24/2008 | 2.10 | 605.00 | 1,270.50 | PREPARE FOR AND ATTEND CONFERENCE WITH PLAINTIFF RE CASE MANAGEMENT CONFERENCE STATEMENT AND THREATENED MOTION FOR SANCTIONS; RESEARCH AND CORRESPONDENCE RE SAME. |
| LIWEN MAH | 04/25/2008 | 3.10 | 365.00 | 1,131.50 | DISCUSS AND REVISE CASE MANAGEMENT STATEMENT. |

| | | | | |
|---|---|---|---|---|
| YUE V. SUN MICROSYSTEMS FEES FROM 4/09/08 - 7/22/08 | | | | |
| ATTORNEY OR PARALEGAL | Date | Hours | Rate | Amount | Line Item Description |
| LAURENCE PULGRAM | 04/26/2008 | 0.30 | 690.00 | 207.00 | REVIEW AND RESPOND TO EMAILS RE YUE'S THREAT TO SEEK SANCTIONS PER RULE 54-6. |
| JEDEDIAH WAKEFIELD | 04/26/2008 | 1.00 | 605.00 | 605.00 | REVIEW PLAINTIFF'S ADDITIONAL SUBMISSIONS TO THE COURT REGARDING FEES MOTION; DRAFT CORRESPONDENCE TO PLAINTIFF RE THREATENED SANCTIONS MOTION. |
| LAURENCE PULGRAM | 04/28/2008 | 0.20 | 690.00 | 138.00 | REVIEW AND PROVIDE INPUT RE COMMUNICATION OVER SANCTIONS AND RULE 54-6. |
| LIWEN MAH | 04/28/2008 | 1.10 | 365.00 | 401.50 | PREPARE FOR CASE MANAGEMENT CONFERENCE. |
| JEDEDIAH WAKEFIELD | 04/29/2008 | 0.10 | 605.00 | 60.50 | CONFER WITH MR. PULGRAM RE PLANNING FOR CMC. |
| LAURENCE PULGRAM | 04/29/2008 | 0.30 | 690.00 | 207.00 | REVIEW EMAILS FROM OPPOSING PARTY; CONFER WITH J WAKEFIELD RE CMC STRATEGIES. |
| JEDEDIAH WAKEFIELD | 05/01/2008 | 0.40 | 605.00 | 242.00 | REVIEW YUE MOTION FOR CONSIDERATION OF 60(B) MOTION AND REFILED MOTIONS; PREPARE CORRESPONDENCE TO PLAINTIFF RE SAME. |
| JEDEDIAH WAKEFIELD | 05/01/2008 | 1.70 | 605.00 | 1,028.50 | PREPARE TIMELINE AND OUTLINE ARGUMENTS RE UPCOMING MOTIONS FOR CMC. |
| JEDEDIAH WAKEFIELD | 05/04/2008 | 1.50 | 605.00 | 907.50 | PREPARE TIMELINE AND ARGUMENTS FOR CMC. |
| LAURENCE PULGRAM | 05/05/2008 | 0.30 | 690.00 | 207.00 | CONFER WITH J WAKEFIELD RE STRATEGIES; REVIEW OF CASE MANAGEMENT CONFERENCE RESULTS. |
| JEDEDIAH WAKEFIELD | 05/05/2008 | 1.20 | 605.00 | 726.00 | TRAVEL TO AND ATTEND CMC; REVIEW MINUTE ORDER RE SAME. |
| JEDEDIAH WAKEFIELD | 05/07/2008 | 0.20 | 605.00 | 121.00 | TELEPHONE CALL FROM COURT CLERK RE SCHEDULING OF FEES MOTION; CONFER WITH MR. PULGRAM RE POTENTIAL DEMONSTRATIVE EXHIBITS FOR SAME. |
| JEDEDIAH WAKEFIELD | 05/08/2008 | 3.90 | 605.00 | 2,359.50 | REVIEW AND ANALYZE FEES AWARD IN ANALOGOUS CASE **[REDACTED FOR ATTORNEY WORK PRODUCT]**; LEGAL RESEARCH RE RECENT PREVAILING PARTY FEE AWARDS; READ ORDERS RE CASE MANAGEMENT CONFERENCE AND HEARINGS; PREPARE CORRESPONDENCE TO PLAINTIFF RE MOTION TO DISQUALIFY JUDGE; RESEARCH AND DRAFT ARGUMENTS FOR SUPPLEMENTAL BRIEF RE MOTION TO DISQUALIFY COUNSEL. |
| JEDEDIAH WAKEFIELD | 05/09/2008 | 0.80 | 605.00 | 484.00 | RESEARCH AND ANALYSIS RE FACTUAL REPRESENTATIONS IN YUE'S REPLY RE DISQUALIFICATION MOTIONS;. |
| JEDEDIAH WAKEFIELD | 05/13/2008 | 3.80 | 605.00 | 2,299.00 | ANALYSIS RE SUPPLEMENTAL EVIDENCE IN OPPOSITION TO MOTION TO DISQUALIFY AND BEGIN DRAFTING SAME. |
| LAURENCE PULGRAM | 05/14/2008 | 0.30 | 690.00 | 207.00 | CONFER WITH J WAKEFIELD RE DEVELOPMENT OF RECORD AND STRATEGIES FOR DISQUALIFICATION MOTION. |
| JEDEDIAH WAKEFIELD | 05/14/2008 | 3.90 | 605.00 | 2,359.50 | REVIEW ORDER RE SCHEDULING OF FEES MOTION; REVIEW AND ANALYZE EVIDENCE AND AUTHORITIES TO REBUT NEW ARGUMENTS RAISED IN PLAINTIFF'S DISQUALIFICATION MOTION REPLY BRIEF; CALL WITH FORMER COUNSEL. |
| LAURENCE PULGRAM | 05/19/2008 | 0.20 | 690.00 | 138.00 | CONFER WITH J WAKEFIELD RE SURREPLY RE DISQUALIFICATION. |

| YUE V. SUN MICROSYSTEMS FEES FROM 4/09/08 - 7/22/08 | | | | | |
|---|---|---|---|---|---|
| ATTORNEY OR PARALEGAL | Date | Hours | Rate | Amount | Line Item Description |
| LAURENCE PULGRAM | 05/19/2008 | 0.80 | 690.00 | 552.00 | REVIEW PLEADING BY PLAINTIFF RE DISQUALIFICATION OF JUDGE; CONFER WITH J. WAKEFIELD AND K. CULP RE PREPARATION OF RESPONSE; REVISE AND EDIT RESPONSE. |
| JEDEDIAH WAKEFIELD | 05/19/2008 | 2.20 | 605.00 | 1,331.00 | CONFER WITH MR. PULGRAM RE SUPPLEMENTAL ARGUMENTS FOR MOTION TO DISQUALIFY COUNSEL; LEGAL RESEARCH RE DISQUALIFICATION ISSUES FOR SAME. |
| LAURENCE PULGRAM | 05/25/2008 | 1.20 | 690.00 | 828.00 | REVIEW AND REVISE DECLARATION OF JED WAKEFIELD; REVIEW AND REVISE SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISQUALIFY. |
| JEDEDIAH WAKEFIELD | 05/26/2008 | 0.20 | 605.00 | 121.00 | REVIEW AND ANALYZE FILING BY PLAINTIFF RE MOTION TO DISQUALIFY PRIOR JUDGE. |
| JEDEDIAH WAKEFIELD | 05/26/2008 | 3.10 | 605.00 | 1,875.50 | RESEARCH AND DRAFT ARGUMENTS FOR SUPPLEMENTAL BRIEF RE MOTION FOR DISQUALIFICATION; PREPARATION OF SUPPORTING DECLARATIONS. |
| JEDEDIAH WAKEFIELD | 05/27/2008 | 0.60 | 605.00 | 363.00 | ANALYZE AND CONFER WITH MR. PULGRAM AND MS. CULP RE RESPONSE TO PLAINTIFF'S SUBMISSION CONCERNING MOTION TO DISQUALIFY JUDGE JENKINS. |
| KIMBERLY CULP | 05/27/2008 | 2.20 | 365.00 | 803.00 | DRAFT RESPONSE TO PLAINTIFF'S NOTICE TO THE COURT RE MOTION TO DISQUALIFY JUDGE. |
| JEDEDIAH WAKEFIELD | 05/27/2008 | 2.70 | 605.00 | 1,633.50 | FURTHER PREPARATION OF SUPPLEMENTAL BRIEF RE MOTION FOR DISQUALIFICATION; REVIEW RECENT AUTHORITIES RE DISQUALIFICATION. |
| KIMBERLY CULP | 05/28/2008 | 0.70 | 365.00 | 255.50 | FINALIZE AND FILE RESPONSE TO D. YUE'S NOTICE RE MOTION TO DISQUALIFY JUDGE JENKINS. |
| JEDEDIAH WAKEFIELD | 05/28/2008 | 2.20 | 605.00 | 1,331.00 | REVIEW AND REVISE RESPONSE TO PLAINTIFF'S SUBMISSION RE MOTION TO DISQUALIFY JUDGE; FURTHER PREPARATION OF SUPPLEMENTAL BRIEF. |
| LIWEN MAH | 05/29/2008 | 1.40 | 365.00 | 511.00 | PREPARE MOTION FOR LEAVE TO FILE SURREPLY. |
| JEDEDIAH WAKEFIELD | 05/29/2008 | 3.90 | 605.00 | 2,359.50 | FURTHER PREPARATION OF SUPPLEMENTAL BRIEF; PREPARE SUPPORTING DECLARATIONS. |
| JEDEDIAH WAKEFIELD | 05/30/2008 | 3.50 | 605.00 | 2,117.50 | FURTHER PREPARATION OF SUPPLEMENTAL BRIEF AND SUPPORTING DECLARATIONS. |
| LAURENCE PULGRAM | 06/02/2008 | 0.80 | 690.00 | 552.00 | REVIEW AND PROVIDE INPUT RE DECLARATIONS IN OPPOSITION TO MOTION TO DISQUALIFY; CONFER WITH J WAKEFIELD RE STRATEGY FOR SUPPLEMENTAL BRIEF IN OPPOSITION TO SAME; REVIEW AND PROVIDE INPUT RE REQUEST FOR STIPULATION TO JURISDICTION. |
| LAURENCE PULGRAM | 06/03/2008 | 0.40 | 690.00 | 276.00 | REVIEW AND PROVIDE INPUT RE PLEADINGS IN OPPOSITION TO DQ MOTION; REVIEW CORRESPONDENCE FROM YUE. |
| JEDEDIAH WAKEFIELD | 06/03/2008 | 3.20 | 605.00 | 1,936.00 | PREPARATION OF ADMINISTRATIVE MOTION FOR CONSIDERATION OF SUPPLEMENTAL BRIEF AND SUPPORT DOCUMENTS; REVIEW AND RESPOND TO CORRESPONDENCE WITH DR. YUE RE THREATENED MOTION FOR REMAND. |
| JEDEDIAH WAKEFIELD | 06/04/2008 | 0.80 | 605.00 | 484.00 | REVIEW CORRESPONDENCE FROM PLAINTIFF RE REQUEST FOR DEPOSITIONS; ANALYZE [REDACTED FOR WORK PRODUCT AND PRIVILEGE]; DRAFT RESPONSE TO SAME. |

| | YUE V. SUN MICROSYSTEMS FEES FROM 4/09/08 - 7/22/08 | | | | |
|---|---|---|---|---|---|
| ATTORNEY OR PARALEGAL | Date | Hours | Rate | Amount | Line Item Description |
| JEDEDIAH WAKEFIELD | 06/05/2008 | 0.20 | 605.00 | 121.00 | REVIEW FURTHER CORRESPONDENCE FROM PLAINTIFF RE DEPOSITION SUBPOENAS RELATING TO MOTION FOR DISQUALIFICATION; FURTHER PREPARATION OF RESPONSE RE SAME. |
| LAURENCE PULGRAM | 06/06/2008 | 0.20 | 690.00 | 138.00 | REVIEW AND CONFER WITH J WAKEFIELD RE EMAILS FROM D YUE RE DEPOSITIONS AND ALLEGED PROTECTIVE ORDER ISSUE. |
| JEDEDIAH WAKEFIELD | 06/06/2008 | 1.20 | 605.00 | 726.00 | REVIEW AND PREPARE RESPONSE TO PLAINTIFF'S THREAT TO SEEK SANCTIONS FOR ALLEGED PROTECTIVE ORDER VIOLATION; RESEARCH RE SAME. |
| JEDEDIAH WAKEFIELD | 06/07/2008 | 0.60 | 605.00 | 363.00 | REVIEW PLAINTIFF'S MOTION TO TAKE DEPOSITIONS AND OPPOSITION TO ADMINISTRATIVE MOTION; REVIEW AND RESPOND TO PLAINTIFF'S REQUEST TO FILE CORRECTED PAPERS. |
| KIMBERLY CULP | 06/09/2008 | 2.10 | 365.00 | 766.50 | DRAFT OPPOSITION TO PLAINTIFF'S REQUEST TO DEPOSE COUNSEL. |
| JEDEDIAH WAKEFIELD | 06/09/2008 | 2.50 | 605.00 | 1,512.50 | RESEARCH, OUTLINE ARGUMENTS, AND CONFER WITH KIMBERLY CULP RE OPPOSITION TO MOTION FOR DEPOSITIONS; REVIEW AND RESEARCH CORRESPONDENCE FROM PAINTIFF RE THREATENED MOTION FOR ALLEGED VIOLATION OF PROTECTIVE ORDER; REVIEW PLANTIFF'S "CORRECTED" BRIEF AND DECLARATION IN SUPPORT OF MOTION TO TAKE DEPOSITIONS. |
| KIMBERLY CULP | 06/10/2008 | 1.60 | 365.00 | 584.00 | REVISE OPPOSITION TO D. YUE'S MOTION TO DEPOSE ATTORNEYS; DRAFT PROPOSED ORDER. |
| JEDEDIAH WAKEFIELD | 06/10/2008 | 2.80 | 605.00 | 1,694.00 | DRAFT AND REVISE ARGUMENTS FOR OPPOSITION TO MOTION TO TAKE DEPOSITIONS; REVIEW PROPOSED ORDER. |
| JEDEDIAH WAKEFIELD | 06/16/2008 | 0.30 | 605.00 | 181.50 | PREPARATIONS FOR ORAL ARGUMENT AND REVIEW CONTENTS OF HEARING BINDERS FOR COURT. |
| JEDEDIAH WAKEFIELD | 06/16/2008 | 0.70 | 605.00 | 423.50 | RECEIVE AND REVIEW MOTION TO STRIKE; PRELIMINARY ANALYSIS RE RESPONSE TO SAME. |
| KIMBERLY CULP | 06/17/2008 | 0.10 | 365.00 | 36.50 | CONFER WITH MR. WAKEFIELD RE STRATEGY FOR OPPOSING MOTION FILED BY D. YUE. |
| JEDEDIAH WAKEFIELD | 06/17/2008 | 0.20 | 605.00 | 121.00 | FURTHER ANALYSIS RE RESPONSE TO MOTION TO STRIKE. |
| JEDEDIAH WAKEFIELD | 06/18/2008 | 0.30 | 605.00 | 181.50 | REVIEW CHAMBERS COPIES AND MATERIALS FOR UPCOMING MOTION HEARING. |
| KIMBERLY CULP | 06/18/2008 | 0.60 | 365.00 | 219.00 | CORRESPONDENCE RE OPPOSITION TO MOTION TO STRIKE; CONFER WITH J. WAKEFIELD RE STRATEGY FOR OPPOSING MOTION TO STRIKE. |
| LAURENCE PULGRAM | 06/18/2008 | 0.40 | 690.00 | 276.00 | REVIEW MOTION TO STRIKE, EMAILS WITH WAKEFIELD RE SAME; CONFER WITH J WAKEFIELD RE RESPONSES TO LATEST FILINGS, REVIEW FILINGS. |
| JEDEDIAH WAKEFIELD | 06/19/2008 | 0.90 | 605.00 | 544.50 | PREPARE ADDITIONAL MATERIALS AND BEGIN OUTLINING ARGUMENTS FOR UPCOMING HEARINGS; ANALYSIS RE ARGUMENTS FOR OPPOSITION TO MOTION TO STRIKE AND CONFER WITH MS. CULP RE SAME. |
| KIMBERLY CULP | 06/20/2008 | 0.60 | 365.00 | 219.00 | REVIEW MATERIALS AND DRAFT OUTLINE FOR OPPOSITION TO D. YUE'S MOTION TO STRIKE DEFENDANTS' MOTION FOR ATTORNEY'S FEES. |

| ATTORNEY OR PARALEGAL | Date | Hours | Rate | Amount | Line Item Description |
|---|---|---|---|---|---|
|  YUE V. SUN MICROSYSTEMS FEES FROM 4/09/08 - 7/22/08 | | | | | |
| JEDEDIAH WAKEFIELD | 06/20/2008 | 1.60 | 605.00 | 968.00 | PREPARE LETTER TO COURT RE CHAMBERS COPIES FOR UPCOMING HEARINGS; REVIEW FINAL MATERIALS FOR SUBMISSION TO CHAMBERS; BEGIN PREPARATION FOR ORAL ARGUMENT ON DISQUALIFICATION AND 60(B) MOTION. |
| KIMBERLY CULP | 06/22/2008 | 1.00 | 365.00 | 365.00 | RESEARCH RE MEET AND CONFER REQUIREMENT FOR MOTIONS FOR ATTORNEY'S FEES. |
| JEDEDIAH WAKEFIELD | 06/23/2008 | 0.30 | 605.00 | 181.50 | REVIEW AND RESPOND TO EMAILS FROM PLAINTIFF RE CHAMBERS COPIES. |
| KIMBERLY CULP | 06/23/2008 | 2.90 | 365.00 | 1,058.50 | DRAFT OPPOSITION TO D. YUE'S MOTION TO STRIKE DEFENDANTS' MOTION FOR ATTORNEYS' FEES. |
| JEDEDIAH WAKEFIELD | 06/24/2008 | 0.90 | 605.00 | 544.50 | RECEIVE AND REVIEW ORDER RE SUPPLEMENTAL BRIEFING AND MOTION TO TAKE DEPOSITIONS; COORDINATE FILING OF SAME; CONFER WITH MS. CULP RE ADDITIONAL ARGUMENTS AND AUTHORITIES FOR OPPOSITION TO MOTION TO STRIKE; REVIEW AND RESPOND TO CORRESPONDENCE FROM PLAINTIFF RE SUPPLEMENTAL BRIEF. |
| KIMBERLY CULP | 06/24/2008 | 3.10 | 365.00 | 1,131.50 | PREPARE ADDITIONAL POINTS FOR OPPOSITION TO MOTION TO STRIKE. |
| JEDEDIAH WAKEFIELD | 06/25/2008 | 2.30 | 605.00 | 1,391.50 | PREPARE FOR UPCOMING HEARING; REVIEW AND RESPOND TO CORRESPONDENCE FROM DR. YUE RE HIS REQUEST TO TAKE DEPOSITIONS FOR SAME. |
| JEDEDIAH WAKEFIELD | 06/27/2008 | 1.90 | 605.00 | 1,149.50 | REVIEW YUE'S SURREPLY AND AUTHORITIES CITED THEREIN; LEGAL RESEARCH AND FURTHER PREPARATION FOR UPCOMING HEARING. |
| JEDEDIAH WAKEFIELD | 06/28/2008 | 0.90 | 605.00 | 544.50 | CONFER WITH MR. PULGRAM RE STRATEGY FOR HEARING; CONFER WITH MS. RAGAB RE CASE MATERIALS NEEDED FOR SAME. |
| KIM RAGAB | 06/28/2008 | 4.00 | 140.00 | 560.00 | PREPARAE CASE MATERIALS FOR UPCOMING HEARING. |
| JEDEDIAH WAKEFIELD | 06/29/2008 | 10.30 | 605.00 | 6,231.50 | RESEARCH AND PREPARATION FOR HEARING ON MOTION FOR RELIEF FROM JUDGMENT AND MOTION TO DISQUALIFY JUDGE; PREPARE FOR CMC. |
| LAURENCE PULGRAM | 06/30/2008 | 0.30 | 690.00 | 207.00 | CONFER WITH J WAKEFIELD; REVIEW AND REVISE LETTER RE DEMAND FOR DEPOSITION AND POTENTIAL SUBMISSION OF IN CAMERA DESCRIPTION. |
| JEDEDIAH WAKEFIELD | 06/30/2008 | 2.30 | 605.00 | 1,391.50 | REVIEW AND RESPOND TO CORRESPONDENCE FROM PLAINTIFF RE DEPOSITION; CALL AND DRAFT LETTER TO COURT RE SAME. |
| JEDEDIAH WAKEFIELD | 06/30/2008 | 5.10 | 605.00 | 3,085.50 | PREPARE FOR, TRAVEL TO AND ATTEND HEARING AND CMC RE MOTIONS TO DISMISS. |
| JEDEDIAH WAKEFIELD | 07/01/2008 | 0.70 | 605.00 | 423.50 | REVIEW AND RESPOND TO CORRESPONDENCE RE DEPOSITION ISSUES. |
| JEDEDIAH WAKEFIELD | 07/01/2008 | 9.90 | 605.00 | 5,989.50 | REVIEW AND REVISE OPPOSITION TO MOTION TO STRIKE; REVIEW EXHIBITS AND PROCEDURAL HISTORY; PREPARE SUPPORTING DECLARATION. |
| JEDEDIAH WAKEFIELD | 07/01/2008 | 0.10 | 605.00 | 60.50 | REVIEW MINUTE ORDER. |
| LAURENCE PULGRAM | 07/01/2008 | 0.90 | 690.00 | 621.00 | REVIEW AND PROVIDE INPUT RE EMAILS FROM D YUE RE DEPOSITIONS; REVIEW AND EDIT AND CONFER WITH J WAKEFIELD RE OPPOSITION TO MOTION TO STRIKE. |

| ATTORNEY OR PARALEGAL | Date | Hours | Rate | Amount | Line Item Description |
|---|---|---|---|---|---|
| YUE V. SUN MICROSYSTEMS FEES FROM 4/09/08 - 7/22/08 | | | | | |
| KIMBERLY CULP | 07/01/2008 | 0.60 | 365.00 | 219.00 | REVIEW AND REVISE FINAL OPPOSITION TO MOTION TO STRIKE. |
| JEDEDIAH WAKEFIELD | 07/02/2008 | 0.20 | 605.00 | 121.00 | COORDINATE DELIVERY OF CHAMBERS COPIES OF RECENT FILINGS; PREPARE HEARING MATERIALS FOR MOTION TO STRIKE AND MOTION FOR ATTORNEYS' FEES. |
| LAURENCE PULGRAM | 07/02/2008 | 0.10 | 690.00 | 69.00 | REVIEW LETTER TO COURT. |
| JEDEDIAH WAKEFIELD | 07/03/2008 | 1.60 | 605.00 | 968.00 | REVIEW AND ANALYZE RESPONSE TO LETTER FROM PLAINTIFF; COORDINATE SERVICE OF RECENT FILINGS; REVIEW UPDATED LEGAL RESEARCH ON PREVAILING PARTY ATTORNEYS' FEES ISSUES. |
| LAURENCE PULGRAM | 07/03/2008 | 0.10 | 690.00 | 69.00 | REVIEW EMAILS FROM YUE; CONFER WITH J WAKEFIELD RE SAME. |
| JEDEDIAH WAKEFIELD | 07/08/2008 | 0.50 | 605.00 | 302.50 | REVIEW AND ANALYZE PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STRIKE AND SUPPORTING DECLARATION. |
| KIMBERLY CULP | 07/09/2008 | 0.20 | 365.00 | 73.00 | REVIEW D. YUE REPLY RE MOTION TO STRIKE MOTION FOR ATTORNEYS' FEES. |
| JEDEDIAH WAKEFIELD | 07/21/2008 | 4.40 | 605.00 | 2,662.00 | PREPARATION FOR HEARING ON MOTIONS FOR ATTORNEYS' FEES AND TO STRIKE |
| JEDEDIAH WAKEFIELD | 07/22/2008 | 2.30 | 605.00 | 1,391.50 | PREPARE FOR, TRAVEL TO AND ATTEND HEARING ON MOTION FOR ATTORNEYS' FEES AND MOTION TO STRIKE. |
| | | 158.90 | | 87,458.00 | |