DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone:  (510) 396-0012
Facsimile:  (510) 291-2237
E-Mail:     ydx@netbula.com

*Pro Se*

FILED

2008 JUL 23  P 1:04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>     Plaintiff,<br><br>v.<br><br>Storage Technology Corporation, et al.,<br><br>     Defendants.<br>-------------------------------------------------<br>DONGXIAO YUE,<br><br>     Plaintiff,<br><br>v.<br><br>Chordiant Software, Inc., et al., | Case Nos. C07-05850-JW and<br>C08-0019-JW<br><br>**LETTER TO THE JUDGE**<br><br>**REGARDING THE RECEIPT OF COPYRIGHT CERTIFICATE OF YUE PWRPC WORK WITH EFFECTIVE DATE IN NOVEMBER 2007**<br><br>Judge: The Honorable James Ware |

One (1) Page Letter to the Judge and Copyright Certificate

Case Nos. C07-05850-JW, C08-0019-JW              PLAINTIFF'S LETTER TO THE JUDGE
                                                REGARDING COPYRIGHT REGISTRATION

July 23, 2008

The Honorable James Ware
U.S. District Court of the Northern District of California
280 South 1st Street
San Jose, CA 95113

Re: The Registration of YUE PWRPC Copyright

Dear Judge Ware,

    I am writing to inform Your Honor about the copyright registration of the PWRPC software I wrote from 1994 -- when I was in graduate school -- to July 1996, before the formation of Netbula.

    In the motions to dismiss the *Yue-Sun* (C07-05850) and *Yue-CSI* (C08-0019) cases, both Sun and CSI contended that the Court lacked subject matter jurisdiction over my work because a copyright certificate had not been issued.

    On July 17, 2008 (the due date), I filed the appellant's brief for the appeal of the C07-05850-MJJ judgment at the Ninth Circuit. In the brief, I stated that I was able to retrieve the registration information from Copyright Office's web site, but I had not yet received the certificate. I also stated in the brief that once Your Honor indicates that the rule 60(b) motion would be granted, I will ask for a remand. Previously, on June 2, 008, I requested Sun to stipulate to the remand of the appeal from the Ninth Circuit. Sun declined the request and stated that they would "seek attorneys [fees]" from me for such effort. That email exchange was filed by Sun at page 26 of Document 128 of the *Yue-Sun* case.

    On July 21, 2008, I finally received the registration certificate from the Copyright Office, with registration number TXu 1-576-987 and effective date of November 27, 2007. Thus, the registration was effective before the filing dates of the complaint or amended complaint of the two cases (December 10, 2007 for the C07-05850 case; January 2, 2008 for the C08-0019 case).

    I am attaching to this letter a true copy of the copyright certificate.

Sincerely,

Dongxiao Yue

Attached: Yue PWRPC copyright certificate

cc: Defense Counsel (via email and U.S. mail)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-576-987**

**Effective date of registration:**

November 27, 2007

## Title
- **Title of Work:** YUE PWRPC
- **Previous or Alternative Title:** YRPC

## Completion/Publication
- **Year of Completion:** 1996

## Author
- **Author:** DONGXIAO YUE
- **Author Created:** COMPUTER PROGRAM
- **Work made for hire:** No
- **Domiciled in:** United States
- **Year Born:** 1968
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** DONGXIAO YUE
  2777 ALVARADO STREET, SUITE C, SAN LEANDRO, CA, 94577

## Limitation of copyright claim
- **Material excluded from this claim:** RPC SRC 4.0
- **Previously registered:** No
- **New material included in claim:** New computer program text, revisions and additional text of computer program

## Certification
- **Name:** DONGXIAO YUE
- **Date:** November 15, 2007