United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dongxiao Yue,<br><br>      Plaintiff,<br>  v.<br><br>Storage Technology Corp., et al.,<br><br>      Defendants. | NO. C 07-05850 JW and<br>NO. C 08-00019 JW<br><br>**ORDER RE: LETTERS OF PARTIES** |
| Dongxiao Yue,<br><br>      Plaintiff,<br>  v.<br><br>Chordiant Software, Inc., et al.,<br><br>      Defendants. | |

The Court is in receipt of various letters[1] from the parties. The requests made in the letters concerning the deposition of Claude Stern were addressed in the Court's July 24, 2008 Orders.[2] Dr. Yue's more recent letter concerning the status of his copyright registrations does not appear to request action by the Court, so the Court declines to address it.

---

[1] (Case No. 07-05850 JW, Docket Item Nos. 125, 130, 138; Case No. 08-00019 JW, Docket Item Nos. 72, 75.)

[2] (Case No. 07-05850, Docket Item No. 137; Case No. 08-00019, Docket Item No. 76.)

1     The parties are advised that the proper procedure by which a party may approach the Court is
2  by motion filed in accordance with the Civil Local Rules.  The parties shall not file any further
3  "letters" with the Court.

5  Dated:  July 25, 2008

   JAMES WARE
   United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com

Dr. Dongxiao Yue
2777 Alvarado Street, Suite C
San Leandro, CA 94577

**Dated: July 25, 2008**               **Richard W. Wieking, Clerk**

                                       **By:  /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**