1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                               SAN JOSE DIVISION

10   Dongxiao Yue,                          NO. C 07-05850 JW and
                                            NO. C 08-00019 JW
11                  Plaintiff,
           v.
12                                          **ORDER RE: LETTERS OF PARTIES**
     Storage Technology Corp., et al.,
13
                    Defendants.
14
     _____
15
     Dongxiao Yue,
16
                    Plaintiff,
17         v.
18   Chordiant Software, Inc., et al.,
19                  Defendants.
20   _____/

21         The Court is in receipt of various letters[1] from the parties.  The requests made in the letters

22   concerning the deposition of Claude Stern were addressed in the Court's July 24, 2008 Orders.[2]  Dr.

23   Yue's more recent letter concerning the status of his copyright registrations does not appear to

24   request action by the Court, so the Court declines to address it.

25

26   _____

27         [1] (Case No. 07-05850 JW, Docket Item Nos. 125, 130, 138; Case No. 08-00019 JW, Docket
     Item Nos. 72, 75.)

28         [2] (Case No. 07-05850, Docket Item No. 137; Case No. 08-00019, Docket Item No. 76.)

United States District Court
For the Northern District of California

1    The parties are advised that the proper procedure by which a party may approach the Court is

2    by motion filed in accordance with the Civil Local Rules.  The parties shall not file any further

3    "letters" with the Court.

4

5    Dated:  July 25, 2008

6    _____
     JAMES WARE
     United States District Judge

**United States District Court**
For the Northern District of California

2

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Jedediah Wakefield jwakefield@fenwick.com

Laurence F. Pulgram lpulgram@fenwick.com

3

Liwen Arius Mah lmah@fenwick.com

4

Dr. Dongxiao Yue

5

2777 Alvarado Street, Suite C

San Leandro, CA 94577

6

7

8

**Dated:  July 25, 2008**                                    **Richard W. Wieking, Clerk**

9

**By:**   **/s/ JW Chambers**

10

          **Elizabeth Garcia**

          **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California