```
DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone:  (510) 396-0012
Facsimile:  (510) 291-2237
E-Mail:     ydx@netbula.com
```

*Pro Se*

RECEIVED 2008 JUL 31 AM 10:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

IT IS SO ORDERED
/s/ James Ware
Judge James Ware

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Storage Technology Corporation, et al.,<br><br>　　　　Defendants.<br>------------------------------------------------<br>DONGXIAO YUE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Chordiant Software, Inc., et al.,<br><br>　　　　Defendants. | Case Nos. C07-05850-JW and<br>　　　　　　　C08-0019-JW<br><br>**PLAINTIFF'S EX PARTE MOTION TO E-FILE**<br><br>**AND**<br><br>**[PROPOSED] ORDER**<br><br>Judge: Honorable James Ware |

-1-

Case Nos. C07-05850-JW, C08-0019-JW                                                    MOTION TO E-FILE

Pro Se Plaintiff Dongxiao Yue has the necessary computer hardware and software and meets the other technical requirements for E-FILING. Allowing Plaintiff to e-file would reduce the cost for the Court and the parties of the cases.

Pursuant to the instructions on ECF Registration for Pro Se parties on the ECF web site[1] of the Northern District of California, Plaintiff hereby requests the Court to grant permission for him to E-FILE in the *Yue v. Sun* (C07-05850-JW) and *Yue v. CSI* (C08-0019-JW) cases.

Respectfully submitted,

Dated: July 31, 2008

DONGXIAO YUE (*Pro Se*)

[~~PROPOSED~~] ORDER

IT IS ORDERED that Dongxiao Yue, Plaintiff Pro Se, is permitted to E-FILE in the Yue v. Sun (C07-05850-JW) and Yue v. Chordiant Software, Inc (C08-0019-JW) cases.

DATED: August 6, 2008

UNITED STATES DISTRICT JUDGE

---

[1] https://ecf.cand.uscourts.gov/cand/newreg/reg-pro-se-reg.htm

-2-

Case Nos. C07-05850-JW, C08-0019-JW                                    MOTION TO E-FILE