IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dongxiao Yue, | NO. C 07-05850 JW |
| Plaintiff, v. | **ORDER DENYING PLAINTIFF'S MOTION FOR STAY PENDING APPEAL** |
| Storage Technology Corp., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Stay Pending Appeal. (hereafter, "Motion," Docket Item No. 152.) Defendants have filed a timely opposition. (See Docket Item No. 161.)

In the Ninth Circuit, "[t]he standard for evaluating stays pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction." Lopez v. Heckler, 713 F.2d 1432, 1435 (9th Cir. 1983); see also Hilton v. Braunskill, 481 U.S. 770, 776 (1987). There are four factors governing issuance of stay pending appeal: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in proceeding; and (4) where the public interest lies." Id. The Ninth Circuit uses "two interrelated legal tests for the issuance of preliminary injunction." Lopez, 713 F.2d at 1435. Thus, a moving party may either show a "probability of success on the merits

1 and the possibility of irreparable injury" or "demonstrate that serious legal questions are raised and
2 that the balance of hardships tips sharply in its favor." Id.

3 Upon consideration of Plaintiff's motion, the Court finds that Plaintiff has failed to
4 demonstrate either of the interrelated legal tests articulated above. Each of Plaintiff's claim on
5 appeal appears to challenge the Court's factual determinations rather than to present serious legal
6 questions. (Motion at 3-7.) Moreover, other than a declaration that he does not have the money to
7 pay the judgment, Plaintiff fails to submit any financial records for the Court to evaluate his current
8 economic standing. (See Declaration of Dongxiao Yue in Support of Reply Brief for Motion for
9 Stay Pending Appeal, Docket Item No. 163.)

10 Accordingly, the Court DENIES Plaintiff's Motion for Stay Pending Appeal. The hearing on
11 the motion currently set for November 24, 2008 is VACATED.

13 Dated: November 19, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jedediah Wakefield, jwakefield@fenwick.com
Laurence F. Pulgram, lpulgram@fenwick.com
Liwen Arius Mah, lmah@fenwick.com
Dongxiao Yue, dxyue@yahoo.com

**Dated:  November 19, 2008**             **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers
                                                 Elizabeth Garcia
                                                 Courtroom Deputy**

**United States District Court**
For the Northern District of California