IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dongxiao Yue,<br><br>    Plaintiff,<br>  v.<br><br>Storage Technology Corp., et al.,<br><br>    Defendants. | NO. C 07-05850 JW<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT** |

On December 8, 2008, Plaintiff was scheduled to appear at the San Jose Courthouse for a Judgment Debtor Examination. (See Docket Item No. 167.) The Judgment Debtor Examination was not held, however, because Plaintiff failed to appear before the Court at the scheduled time. The docket reflects that Plaintiff was served the notice of the examination on December 3, 2008. (See Docket Item No. 168.)

Accordingly, the Court orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **December 15, 2008 at 9 a.m.** and to show cause, if any, why he should not be held in contempt for his failure to appear at the Judgment Debtor Examination.

Dated: December 9, 2008

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dongxiao Yue dxyue@yahoo.com
Jedediah Wakefield jwakefield@fenwick.com
Kenneth T. Law klaw@bbslaw.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com

**Dated: December 9, 2008**       **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**