IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dongxiao Yue, | NO. C 07-05850 JW |
|     Plaintiff, | **ORDER SETTING JUDGMENT DEBTOR EXAMINATION** |
| v. | |
| Storage Technology Corp, et al., | |
|     Defendants. | |

On December 15, 2008, the Court held a hearing on an Order to Show Cause Re: Contempt in regard to Plaintiff's failure to appear for a Judgment Debtor Examination on December 8, 2008. (See Docket Item No. 171.) Counsel for the respective parties were present, as was Plaintiff.

In light of Plaintiff's declaration that he was not properly served, the Court finds good cause to excuse Plaintiff's failure to appear at the December 8, 2008 judgment debtor examination. Further, based on Plaintiff's counsel's representation that a mediation session in a parallel case may resolve the judgment of this case, the Court grants a short delay in setting a new examination date. Accordingly, the Court orders Plaintiff and Plaintiff's counsel to appear for a Judgment Debtor Examination on **February 9, 2009 at 9:00 a.m.** Unless otherwise stipulated by the parties, Plaintiff shall personally appear for this Examination and take the proper oath before the Court.

Dated: December 15, 2008

                                                      JAMES WARE
                                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Antonio Luis Cortes corteslaw@comcast.net
Jedediah Wakefield jwakefield@fenwick.com
Kenneth T. Law klaw@bbslaw.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com

**Dated:  December 15, 2008**                          **Richard W. Wieking, Clerk**

                                                **By:      /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

United States District Court
For the Northern District of California